IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| **Jonathan Lewis,** | ) | Case No.: 4:23-cv-01720-JD |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **DEFENDANT CIRCLE K STORES,** |
| | ) | **INC.'S CONSENT MOTION FOR** |
| **Circle K Stores, Inc., and John Doe,** | ) | **EXTENSION OF TIME** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendant Circle K Stores, Inc., with the consent of plaintiff Jonathan Lewis, respectfully moves the court for a modest seven (7) day extension of the deadlines set forth in the court's text order, ECF No. 49. The grounds for the request are that Circle K's undersigned counsel are both unavailable during the initial briefing period: one is commencing Trial Academy this week and the other is in Europe for long-standing travel through June 30, 2025. For these reasons, Circle K respectfully requests the court grant its request and extend all briefing deadlines in the text order by seven (7) days.

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Mary Cothonneau Eldridge
Ryan C. Holt, Fed. I.D. No. 10736
Mary Cothonneau Eldridge, Fed. I.D. No. 12540
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT**

Columbia, South Carolina
June 18, 2025