

1226 Pickens Street
Columbia, South Carolina 29201
info@garberreporting.com
Telephone: (803) 256-4500 | Fax (803) 256-1999

### JONATHAN LEWIS

*March 07, 2024*

**Jonathan Lewis**

vs

**Circle K Stores, Inc. et al**

**4:23-cv-01720-JD**

REPORTER: Michele E. Starkey

### Page 30

1  I wasn't there, right?
2      A.  Yes, sir.
3      Q.  And so the only way I can kind of piece it
4  together is by asking you all kinds of little
5  questions.  You're going to be like, why is he asking
6  this?  But you might take it for granted because you
7  were there, but I just got to rebuild kind of what
8  happened in my mind.
9      A.  Yes, sir.
10     Q.  So tell me your story and then I'm going to
11 come back and ask you a bunch of details.
12     A.  That morning I went to Circle K to get some
13 gas.  I went in the store like any other time.  I paid
14 for my gas.  I came out and I slipped.  I tried to
15 catch it with my foot, like my toe, and it just
16 buckled and I heard pops in my ear -- or a couple of
17 pops in my ear.  And one of the employees came up to
18 me and asked me if I'm okay, and I said, "No, sir; can
19 you please call the ambulance, can you please call
20 somebody to help me."  And he went back in there and
21 he came back out.  Then an ambulance was there.  I
22 thought it was for me but, you know, they say, "Oh,
23 no, we just off duty."  So I had to wait for another,
24 like, 20, 30 minutes for another ambulance to come.
25     Q.  Yeah.  On the video you see that private

### Page 31

1  ambulance come through.  It's just stopping by to
2  probably do what you're going to do.
3      A.  Yeah, I say, "Oh, my God."  I said, "Please
4  help me."  I said, "Can you please help me?"  He said,
5  "I can't do nothing.  I can't do nothing."  I'm like,
6  Oh, my God.  This is the worst, yeah.
7      Q.  Okay.  So that day were you living at your
8  parents at that point?
9      A.  Yes, sir.
10     Q.  And so about what time did this incident
11 happen?
12     A.  It had to be after 10:00 in the morning.
13     Q.  Do you remember what time you got up?
14     A.  I got up at that morning, I say like 9:00,
15 because I ate breakfast and I walked my dog, walked my
16 dog up and down the road and came back, and somebody
17 called me and said, "Can you come" -- "come pick me
18 up."  I said, "Okay.  I got to get gas first."  And
19 that's what happened.
20     Q.  So this is the kind of the period where your
21 name is out there where they know they can call
22 Jonathan for rides from time to time?
23     A.  Yes.
24     Q.  So who was it who called you to pick them up?
25     A.  I think it was my friend James.  What's his

### Page 32

1  last name?
2      Q.  Where does he stay?
3      A.  Forestbrook.
4      Q.  Okay.
5      A.  Forestbrook.  South Carolina, Forestbrook.
6      Q.  All right.  So once you got the call, were
7  you about ready to leave the house or did you have to
8  get ready?
9      A.  I was already ready because I walked the dog
10 already.  I was already dressed and everything, so...
11     Q.  What kind of car did you drive at the time?
12     A.  Same car I drive now, a Chevy Impala, 2016.
13     Q.  Okay.  And did your parents ever drive that
14 car or was it really your car to drive?
15     A.  My parents -- my father has paid for that car
16 for me like as a present for, like, you know, still
17 doing better, doing good and stuff.  He try to help me
18 in life.  He always try to help me in life.  I'm an
19 only child, yeah.
20     Q.  Okay.  All right.  But do your parents drive
21 it?  Do they even drive that car?
22     A.  No.  He got his own car.
23     Q.  Okay.  So -- and I didn't notice it, but you
24 see your car on the video at one of the pumps?
25     A.  Yes, sir.

### Page 33

1      Q.  Okay.  So you get the call from James and how
2  far is James's house from where you live?
3      A.  I'd say like eight miles.
4      Q.  And how far is the Circle K from where you
5  live?
6      A.  Three miles.
7      Q.  Okay.  Had you been to this Circle K before?
8      A.  Yes.  I grew up around that Circle K.
9      Q.  Okay.  How often did you go in there at this
10 point?
11     A.  Every time I need gas I go there because they
12 have the best gas numbers --
13     Q.  Okay.
14     A.  -- mainly.
15     Q.  All right.  And so is it fair to say that was
16 kind of your regular gas station?
17     A.  Yes, sir, because it was in the -- it was
18 like on the way to, like, places, yes.  Convenient.
19     Q.  Okay.  And was it -- had they done any
20 changes to the front of it at any point in the little
21 while beforehand?
22     A.  I heard they have done changes.  I haven't
23 been back since.
24     Q.  I'm not talking afterwards.  I'm talking
25 about before your incident --