## Patient Information

| Field | Value | Field | Value |
|---|---|---|---|
| Last | LEWIS | Address | 1403 king st |
| First | JONATHAN | Address 2 | |
| Middle | | City | Myrtle Beach |
| Gender | Male | State | SC |
| DOB | 12/07/1983 | Zip | 29577 |
| Age | 38 Yrs, 10 Months, 12 Days | Country | US |
| Weight | 350.0lbs - 158.8kg | Tel | |
| Pedi Color | | Physician | |
| SSN | 244616114 | Ethnicity | Not Hispanic or Latino |
| Race | Black or African American | | |
| Advance Directives | | | |
| Resident Status | Resident | | |
| Patient Resides in Service Area | | | |
| Temporary Residence Type | | | |

## Clinical Impression

| Field | Value |
|---|---|
| Primary Impression | Extremity Pain |
| Secondary Impression | |
| Protocols Used | Universal Patient Care - General |
| Local Protocol Provided Care Level | |
| Anatomic Position | |
| Onset Time | 11:00:00 10/19/2022 |
| Last Known Well | |
| Chief Complaint | knee pain |
| Duration | 45 Units Minutes |
| Secondary Complaint | |
| Duration | Units |
| Patient's Level of Distress | |
| Signs & Symptoms | Extremity Pain (Primary) |
| Injury | Falls - Fall on same level - 3 ft - Place of business - 10/19/2022 |
| Additional Injury | |
| Mechanism of Injury | Blunt |
| Medical/Trauma | Trauma |
| Barriers of Care | None Noted |
| Alcohol/Drugs | None Reported |
| Pregnancy | No |
| Initial Patient Acuity | |
| Final Patient Acuity | |
| Patient Activity | |

## Medications/Allergies/History/Immunizations

| | |
|---|---|
| Medications | None Reported |
| Allergies | No known allergies |
| History | None Reported |
| Immunizations | |
| Last Oral Intake | |

## Vital Signs

| Time | AVPU | Side | POS | BP | Pulse | RR | SPO2 | ETCO2 | CO | BG | Temp | Pain | GCS(E+V+M)/Qualifiers | RASS | RTS | PTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:39 | Alert | L | Lay | 142/115 A | 68 R | 16 R | 96 Rm | | | | | | | | | |
| 11:42 | | | | / | 81 | | 99 | | | | | | | | | |
| 11:44 | | | | / | 64 | | 70 | | | | | | | | | |
| 11:48 | Alert | L | Lay | 153/112 A | 85 R | 16 R | 98 Rm | | | | | | | | | |
| 11:48 | | | | / | 85 | | 99 | | | | | | | | | |

## Flow Chart

| Time | Treatment | Description | Provider |
|---|---|---|---|
| 11:42 | BLS Assessment | Patient Response: Unchanged; Complication: None; Medical Control: Protocol (Standing Order); | ROCKENSTYRE, MATTHEW |

## Assessments

Assessment Time: 10/19/2022 11:42:47

| Category | Comments | Subcategory | |
|---|---|---|---|
| Mental Status | | Mental Status ✓ | Oriented - Event · Oriented - Person · Oriented - Place · Oriented - Time |
| Skin | | Skin | No Abnormalities |
| HEENT | | Head | Head: No Abnormalities |
| | | Face | Face: No Abnormalities |
| | | Eyes | Both Eyes: PERRL |
| | | Neck | No Abnormalities |
| Chest | | Chest | General: No Abnormalities |
| | | Heart Sounds | No Abnormalities |
| | | Lung Sounds | Not Assessed |
| Abdomen | | General | No Abnormalities |

DEFT EXHIBIT NO. 1
WITNESS: Rockenstyre
DATE: 8.12.24 (M)

## Assessments

Assessment Time: 10/19/2022 11:42:47

| Category | Comments | Subcategory | |
|---|---|---|---|
| Back | | Back | No Abnormalities |
| Pelvis/GU/GI | | Pelvis/GU/GI | Pelvis/GU/GI: No Abnormalities |
| Extremities | | Left Arm | Whole Arm and Hand: No Abnormalities |
| | | Right Arm | Whole Arm and Hand: No Abnormalities |
| | | Left Leg | Left Leg and Foot: No Abnormalities |
| | | Right Leg | Right Leg and Foot: No Abnormalities |
| Neurological | | Neurological | Not Assessed |

## Narrative

M30 DISPATCHED NON EMERGENT TO A FALL. T/X NON EMERGENT BLS TO MCLEOD CF

M30 arrived in a gas station parking lot where p/t was AOx4 and sitting on the ground. P/t states they felt a pop in their knee which caused them to fall, and are not experiencing pain in that leg. When asked if they would like to be transported to the ER, p/t agrees and is assisted onto the stretcher where they are secured according to the manufacturers guidelines. Once in m3o a bls assessment is given and no abnormalities are found, vitals are taken and reassessed throughout transport, remaining stable. Upon arrival to the ER, handover was made with an RN and M30 goes back in service.

## Specialty Patient - Trauma Criteria

| | | | |
|---|---|---|---|
| Anatomic | None | Trauma Activation | No |
| Physiologic | None | Time | |
| Mechanical | None | Date | |
| Other Conditions | None | Trauma level | |
| | | Reason Not Activated | |

## Specialty Patient - Outbreak Screening

Unable to Obtain - Not Indicated

## Incident Details / Destination Details / Incident Times

| Incident Details | | Destination Details | | Incident Times | |
|---|---|---|---|---|---|
| Location Type | Place of Business | Disposition | Transported No Lights/Siren | PSAP Call | |
| Location | | Unit Disposition | | Dispatch Notified | 11:20:51 |
| Address | 1695 HWY 501 | Patient Evaluation and/or Care Disposition | | Call Received | 11:20:51 |
| Address 2 | | Crew Disposition | | Dispatched | 11:21:25 |
| Mile Marker | | Transport Disposition | | En Route | 11:21:33 |
| City | Myrtle Beach | Reason for Refusal or Release | | Staged | |
| County | Horry | Transport Mode Descriptors | No Lights or Sirens | Resp on Scene | |
| State | SC | Transport Due To | Closest Facility | On Scene | 11:32:50 |
| Zip | 29577 | Transported To | McLeod Carolina Forest Emergency | At Patient | 11:33:00 |
| Country | US | Requested By | Patient | Care Transferred | |
| Medic Unit | M30 | Destination | Hospital | Depart Scene | 11:42:14 |
| Medic Vehicle | 03788 | Department | Emergency Room | At Destination | 11:53:54 |
| Run Type | 911 Response | Address | 101 McLeod Health Blvd. | Pt. Transferred | 12:04:00 |
| Response Mode | Non-Emergent | Address 2 | | Call Closed | 12:05:26 |
| Response Mode Descriptors | No Lights or Sirens | City | Myrtle Beach | In District | |
| Shift | C Shift | County | Horry | At Landing Area | |
| Zone | | State | SC | | |
| Level of Service | Basic Life Support | Zip | 29579 | | |
| EMD Complaint | Falls | Country | US | | |
| EMD Card Number | 17FALLA | Zone | | | |
| Dispatch Priority | | Condition at Destination | Unchanged | | |
| | | State Wristband # | | | |
| | | Destination Record # | | | |
| | | Trauma Registry ID | | | |
| | | STEMI Registry ID | | | |
| | | Stroke Registry ID | | | |

## Crew Members

| Personnel | Role | Certification Level |
|---|---|---|
| ROCKENSTYRE, MATTHEW | Lead | EMT-Basic - SC602465; NREMT-Basic (NREMT-B) - E3662360 |

| Crew Members | | |
|---|---|---|
| YOUNG, BRANDON | Driver | EMT-Paramedic - SC505378; NREMT-Paramedic (NREMT-P) - M5109695 |

| Mileage | | Delays | | Additional Agencies |
|---|---|---|---|---|
| Scene | 1.0 | Category | Delays | |
| Destination | 7.0 | Dispatch Delays | None/No Delay | |
| Loaded Miles | 6.0 | Response Delays | None/No Delay | |
| Start | | Scene Delays | None/No Delay | |
| End | | Transport Delays | None/No Delay | |
| Total Miles | | Turn Around Delays | None/No Delay | |

| Personal Items | | |
|---|---|---|
| Item | Given To | Comment |
| Cell Phone/Pager | | |
| Driver License | | |
| Purse/Wallet | | |

| Patient Transport Details | | | |
|---|---|---|---|
| How was Patient Moved to Ambulance | Assisted/Walk, Stretcher | How was Patient Moved From Ambulance | Stretcher |
| Patient Position During Transport | Semi-Fowlers | Condition of Patient at Destination | Unchanged |