4:23-cv-01720-JD   Date Filed 07/01/25   Entry Number 52-5   Page 1 of 4

Nathaniel Evans, M.D.                                    July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF SOUTH CAROLINA
 2                      FLORENCE DIVISION
 3   Jonathan Lewis,              )
                                  )
 4         Plaintiff,             )
                                  )
 5                                )
           vs.                    )   C/A NO.:  4:23-cv-01720-JD
 6                                )
                                  )
 7   Circle K Stores, Inc.,       )
                                  )
 8              Defendant.        )
     _____
 9
     VIDEOTAPED
10   DEPOSITION OF:    NATHANIEL EVANS, M.D.
11   DATE:             July 18, 2024
12   TIME:             12:18 p.m.
13   LOCATION:         OrthoSC
                       210 Village Circle Drive
14                     Suite 200
                       Myrtle Beach, South Carolina
15
     TAKEN BY:         Counsel for the Plaintiff
16
     REPORTED BY:      Michele L. Owens
17
     VIDEOGRAPHER:     Jon Landau
18   _____
19
20
21
22
23
24
25
```

4:23-cv-01720-JD    Date Filed 07/01/25    Entry Number 52-5    Page 2 of 4

Nathaniel Evans, M.D.                                    July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 10

1     Would that information be useful to
2  you, again, if you're determining causation or, you
3  know, why is this patient presenting with a
4  particular complaint?
5     A.  Sure, yeah.  I mean...
6     Q.  In your note, Dr. Evans -- did you have
7  the McLeod Seacoast notes from October 19th, 2022?
8     A.  I do have that.  I'll pull it up now.
9         Yeah, I have it.
10    Q.  And, again, Mr. Lewis would have given
11 an HPI, a history of present illness, when he
12 presented to McLeod as well?
13    A.  Yes.
14    Q.  And would you be able to read that HPI
15 into the record for us?
16    A.  I'm scrolling through the note.
17    Q.  And I have it...
18    A.  Yeah, I'll take that.
19        Yeah, so this is from 10/19, so
20 [reading]: 34-year-old male -- I think that part
21 is -- no, he would have -- I think his...
22    Q.  The age might be wrong.
23    A.  I was going to say, his date of birth
24 is wrong on this.  Yeah, I think he was -- this has
25 [reading]: 34-year-old male with right knee pain,

Page 11

1  right knee pain occurred after he slipped on a wet
2  floor at a gas station just prior to arrival.
3  Patient states that he has Lexuss -- or split side
4  to side -- I'm not sure what that says.
5         [Reading] His right big toe got caught
6  on the floor, and he twisted his right knee.
7  Patient denies hitting his head or back and does
8  not have any pain except his right knee.
9     Q.  Thank you, Doctor.
10        Can you, I understand -- and so what
11 did you end up diagnosing Mr. Lewis with?  What was
12 the specific injury you believe he suffered?
13    A.  A patellar tendon rupture.
14    Q.  Am I correct that a patellar tendon
15 rupture could either be acute or chronic; is that
16 correct?
17    A.  A chronic patellar tendon rupture would
18 be incredibly rare.
19    Q.  Okay.
20    A.  It's almost exclusively acute.  It's
21 almost exclusively from an injury.  You may have
22 weakness or something on a patellar tendon, but
23 it's more likely your quadricepts tendon that may
24 predispose you to have injury, but it's almost
25 always an acute injury.

Page 12

1     Q.  And it's my understanding that a
2  patellar tendon can tear or rupture when there is a
3  forceful indirect contraction of the quadricepts
4  tendon; is that correct?
5     A.  Sure, yeah.  Basically, if somebody's
6  knee bends really quickly, it can rupture the
7  patellar tendon.
8     Q.  And would a person who maybe
9  unexpectedly slips or their foot turns one way or
10 their knee turns another way, is that a common
11 cause of a ruptured patellar tendon?
12        MR. HOLT:  Objection, leading.
13        Go ahead, Doctor.
14    A.  Yes, that would be a common mechanism,
15 something where your knee bends quickly or
16 unexpectedly.  We will see it in, like, skiing
17 injuries or something like that, if somebody's ski
18 gets caught and the foot turns one way and the leg
19 goes the other way, that type of picture of why
20 your patellar tendon might rupture.
21    Q.  Would maybe an event like a missed
22 step, could that also be -- or could that also
23 cause a patellar tendon rupture?
24        MR. HOLT:  Same objection.
25    A.  Yeah.  So I think -- usually there

Page 13

1  might have to be something a little bit more to go
2  with it, so falling down.  Somebody just missing
3  the last step -- it would probably be as they are
4  falling that potentially their patellar tendon
5  ruptures, but just skipping over one step or
6  stumbling a little bit, maybe not as much.
7  BY MR. SANDEFUR:
8     Q.  Does the patellar tendon, for it to
9  tear or rupture, does it require a pretty
10 significant amount of --
11    A.  Yeah, and I think that's what I'm
12 indicating there is, that it would take a little --
13 a descent bit of force to cause it to rupture.
14    Q.  Based on what we just talked about,
15 about what would potentially cause a patellar
16 tendon to rupture and the history of present
17 illness given by Mr. Lewis, do you have an opinion
18 as to whether or not Mr. Lewis' patellar tendon was
19 an acute event?
20    A.  I think it was, yes.
21    Q.  Is hearing a pop when someone ruptures
22 their patellar tendon, is that pretty common?
23    A.  Yeah, I think people feel some sort of
24 sensation that something is torn or ruptured or
25 something is not quite right.

4:23-cv-01720-JD   Date Filed 07/01/25   Entry Number 52-5   Page 3 of 4

Nathaniel Evans, M.D.                                    July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 14

1  Q. Is there anything that you see in
2 Mr. Lewis' records or based on your history or
3 training or education and your experiences, does
4 this seem to be a situation where Mr. Lewis'
5 patellar tendon just spontaneously gave out?
6  A. No.
7  Q. Would you expect a person with no
8 issues ambulating to suddenly have their patellar
9 tendon rupture or tear?
10     MR. HOLT: Objection, misstates the
11 facts in evidence.
12     You may answer, Doctor.
13  A. No.
14 BY MR. SANDEFUR:
15  Q. And to -- or is it your opinion that
16 Mr. Lewis suffered an acute injury to his right
17 patellar tendon?
18  A. Yes.
19  Q. And is that opinion to a reasonable
20 degree of medical probability?
21  A. Yes.
22  Q. Can you tell us, in layman's terms,
23 what happens when an individual ruptures their
24 patellar tendon?
25  A. Are you asking about how do we treat,

Page 15

1 or are you asking about the biomechanics of what
2 happens to the tendon?
3  Q. The biomechanics. What does that
4 tendon do? How does that affect someone who has
5 ruptured their patellar tendon?
6     MR. HOLT: I'll object. He's not been
7 qualified as a biomechanics expert.
8     But you can go ahead and answer,
9 Doctor.
10  A. Sure. So the patellar tendon, if you
11 think of this as the knee [indicating], the tendon
12 comes in and inserts on the top of the tibia, or
13 shinbone basically, and that tendon, through its
14 attachment, helps elevate the lower leg, so
15 basically straighten out your knee. So if that
16 connection is disconnected, if the tendon is
17 ruptured, you would be unable to straighten out
18 your knee; and so when sitting in a chair trying to
19 lift your foot off the ground, you'd be unable to
20 do that; or even walking, you would be unable to
21 swing your leg out straight to be able to extend it
22 to plant for your next step, so...
23 BY MR. SANDEFUR:
24  Q. So I'm assuming that having a ruptured
25 tendon, would that interfere greatly with a

Page 16

1 person's ability to --
2  A. Yeah. You wouldn't be able to walk.
3 You wouldn't be able to get up and down out of a
4 chair. You wouldn't be able to do much of
5 anything.
6  Q. Did you -- what was the diagnosis that
7 you gave Mr. Lewis after he came to see you in
8 October?
9  A. Patellar tendon rupture.
10  Q. And did you perform any medical
11 procedures on Mr. Lewis?
12  A. Yeah. We obtained an MRI to confirm
13 the diagnosis, but also scheduled him for surgery
14 for basically the repair of the patellar tendon
15 rupture. Yeah. We also were going to place him in
16 an external fixator, which is pins and bars to help
17 stabilize the knee. For him, that's a little bit
18 of an unusual part of the case.
19     Usually we put somebody in a splint.
20 Mr. Lewis is a fairly large individual, so I was
21 concerned that, number one, we quite frankly
22 wouldn't have any braces that would fit him; and so
23 it would be hard to stabilize and protect that
24 repair, because you can basically reattach the
25 tendon back down to the bone, but then it needs

Page 17

1 time for the tendon to heal back into the bone.
2     So if you were to bend the knee, you
3 would put a lot of stress on that repair, and those
4 sutures that are basically holding things in place
5 are not strong enough initially to counteract his
6 body weight basically, and so we need to do
7 something to protect it. So normally a brace or
8 something would do that to keep your leg straight.
9 You keep it immobilized so it has time to heal. In
10 his case, we felt like we needed what's called an
11 external fixator, this metal frame with carbon
12 fiber rods to hold it in place.
13  Q. And you just brought up Mr. Lewis'
14 size. I think he's 6'1". He's about 350 pounds.
15 Isn't that about right?
16  A. At least, yeah.
17  Q. He's a big guy.
18     Did Mr. Lewis have any other
19 pre-existing conditions that were of note to you,
20 specifically regarding his knees?
21  A. My understanding was he had ruptured
22 his -- well, I don't have it in front of me --
23 maybe both knees he had a patellar tendon rupture
24 back maybe in high school, like, late teenage
25 years, somewhere around there, I believe.

4:23-cv-01720-JD     Date Filed 07/01/25     Entry Number 52-5     Page 4 of 4

Nathaniel Evans, M.D.                                                July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 38

1   A.  Based on this report, I mean, this is
2  basically the EMS or firefighter or paramedic --
3  whoever wrote this, this is their -- this is their
4  assessment of what the patient told them.  I have
5  no reason to doubt that.
6       Q.  And, Doctor, do you have any reason to
7  doubt that the pop Mr. Lewis heard preceded him
8  falling?
9       A.  I think -- I think it would be unusual
10  to have your knee just pop randomly and then fall
11  down.  Usually, your knee is going to be in a
12  position that is stressed, is seeing increased
13  stress on the knee.  Patellar tendons don't just
14  rupture spontaneously.  I'm not worried that as I'm
15  walking around today my patellar tendon is going to
16  pop.  That's usually not something that happens.
17          So I think the way it's recorded, that
18  somebody is having a fall or somebody is going
19  through an injury, the timing is so instantaneous
20  that it's hard for the patients, I think, to
21  determine the sequence of events going on, when
22  it's milliseconds that are separating them.
23      Q.  Have you heard of something called
24  forced extension against fixed flexion?
25      A.  Forced extension, yeah, I mean, like

Page 39

1  a --
2      Q.  What would that be, or what would that
3  look like?
4      A.  So, I mean, I guess, like, in sports we
5  would see something like that where -- like we
6  wonder if this is how ACL ruptures and things
7  happen where your leg is planted and then you go to
8  move or maneuver and part of your leg is fixed,
9  whether it's held in place by somebody else or
10  something, and then your knee acts as if it's going
11  to bend or twist and then is unable to kind of
12  carry out that motion because something is
13  preventing it from doing it.
14      Q.  And that could happen, for example, if
15  someone is walking and they kind of drag their toe
16  behind them and fail to pick it up at the right
17  time and that kind of mechanic occurrence takes
18  place, correct?
19      A.  Sure.  Yeah, I mean -- yeah.
20      Q.  Have you -- I'll represent to you there
21  is a video of Mr. Lewis' fall.  Have you seen that
22  video?
23      A.  I have not.
24      Q.  Okay.  There is another doctor in this
25  case who has been retained, a Dr. Calandra, and

Page 40

1  upon review of the video, he indicated that this
2  was an instance of forced extension against fixed
3  flexion.
4          Do you have any reason to doubt, based
5  on your reading of record, that that is something
6  that occurred?
7          MR. SANDEFUR:  Object to the form.
8      A.  I mean, I think the video would be
9  pretty telling about it one way or the other,
10  either he slipped and stumbled on something that
11  was on the ground and went down, or he was walking
12  along and there was nothing there and he fell.  I
13  don't know.  I haven't seen the video, so...
14  BY MR. HOLT:
15      Q.  Is it fair to say that once you have a
16  patellar tendon repair, as good as you guys are,
17  there's no way to really get that tendon back to as
18  good as it was the first go around?
19      A.  Sure.  Yeah, when it heals it's going
20  to heal with scar tissue or heal with tissue that
21  is not as good as your native tissue.
22      Q.  Do you remember finding scar tissue and
23  evidence of the prior repair when you went in and
24  worked on Mr. Lewis back in 2022?
25      A.  Yeah, you can definitely tell the

Page 41

1  difference between something that's had surgery
2  before and something that's had a previous trauma
3  and something that has not.
4      Q.  Okay.  And is it fair to say that with
5  a weaker tendon it probably take less of an acute
6  event to cause it to tear again than somebody who
7  hasn't had the same history as Mr. Lewis?
8      A.  Yes.
9      Q.  And also contributing to that would be
10  Mr. Lewis' obesity; is that correct?
11      A.  Yes.
12      Q.  I'll show you Exhibit 4, which does
13  look like it's part of your record.
14          (Exhibit 4, OrthoSC Assessment and
15  Plan, was marked for identification.)
16  BY MR. HOLT:
17      Q.  Do you see at the top where actually he
18  is being referred to as being morbidly obese?
19      A.  Yes.  And that's a -- based on a BMI
20  diagnosis.  It's not a subjective think.
21      Q.  Sure.
22      A.  His BMI is 48.2.
23      Q.  And it's based --
24      A.  The BMI is based on the height and
25  weight, so according to our vitals that we have --

11 (Pages 38 - 41)