4:23-cv-01720-JD  Date Filed 07/07/25  Entry Number 53-2  Page 1 of 10

Nathaniel Evans, M.D.  July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF SOUTH CAROLINA
 2                    FLORENCE DIVISION
 3   Jonathan Lewis,            )
                                )
 4          Plaintiff,          )
                                )
 5                              )
            vs.                 )  C/A NO.:  4:23-cv-01720-JD
 6                              )
                                )
 7   Circle K Stores, Inc.,     )
                                )
 8            Defendant.        )
     _____
 9
     VIDEOTAPED
10   DEPOSITION OF:   NATHANIEL EVANS, M.D.
11   DATE:            July 18, 2024
12   TIME:            12:18 p.m.
13   LOCATION:        OrthoSC
                      210 Village Circle Drive
14                    Suite 200
                      Myrtle Beach, South Carolina
15
     TAKEN BY:        Counsel for the Plaintiff
16
     REPORTED BY:     Michele L. Owens
17
     VIDEOGRAPHER:    Jon Landau
18   _____
19
20
21
22
23
24
25
```

Page 8

1  slipped, and injured his leg.  He was seen
2  originally, I think, at McLeod Seacoast in the
3  emergency department, had X-rays, and they sent him
4  home.  And then we were concerned, in the office,
5  about a patellar tendon rupture based on his
6  physical exam and his presentation.
7           Q.    And I believe it was your PA, but when
8  you see a new patient like Jonathan, do you take
9  what's called an HPI?
10          A.    Yeah, a history of present illness.
11 Yeah, kind of the, basically, why is the patient
12 here.  That's kind of a summary of...
13          Q.    And is determining, I guess, why the
14 patient is there, is that part of your -- part of
15 the information that you need to make an
16 appropriate diagnosis of the injury?
17          A.    Yes.
18          Q.    And it's my understanding that
19 Mr. Lewis did give, at least to your PA, sort of a
20 history of what had happened to him; is that
21 correct?
22          A.    Yes.
23          Q.    And do you have Mr. Lewis' HPI from
24 October 25th?  Do you have that in front of you so
25 that you would be able to read it for us?

4:23-cv-01720-JD    Date Filed 07/07/25    Entry Number 53-2    Page 3 of 10
Nathaniel Evans, M.D.
July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 9

1      A.    Yeah.  It says [reading]:  38-year-old
2  male at this time comes in with right knee pain on
3  10/20/2022.  He was in a local gas station,
4  slipped, and felt a pop in right leg.  Patient was
5  taken to McLeod ER where he had X-rays and then was
6  discharged.  Patient comes in today with knee
7  pain for evaluation.  Patient is having difficulty
8  walking and unable to do a straight leg raise.
9      Q.    Great.  Now, Dr. Evans, in your
10  records, do you happen to have the Horry County
11  Fire and Rescue EMS notes?
12      A.    I don't believe so.
13      Q.    Okay.  I'm going to -- I'm going to
14  read in a position, and, again, my understanding is
15  when the paramedics arrived, they also complete
16  sort of an HPI, a history of present illness; is
17  that right?
18      A.    Yes.  My guess is that's for the ER?
19  Or that's when he went to the ER visit?
20      Q.    Yes, that's correct.  And the date of
21  his ambulance ride was October 19th, 2022, and I'm
22  not going to read the whole thing.  But I'm going
23  read where it says PT [reading]:  Patient states
24  they felt a pop in their knee which caused them to
25  fall and are not experiencing pain in the leg.

4:23-cv-01720-JD   Date Filed 07/07/25   Entry Number 53-2   Page 4 of 10
Nathaniel Evans, M.D.
July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 11

1  right knee pain occurred after he slipped on a wet
2  floor at a gas station just prior to arrival.
3  Patient states that he has Lexuss -- or split side
4  to side -- I'm not sure what that says.
5           [Reading] His right big toe got caught
6  on the floor, and he twisted his right knee.
7  Patient denies hitting his head or back and does
8  not have any pain except his right knee.
9       Q.   Thank you, Doctor.
10           Can you, I understand -- and so what
11  did you end up diagnosing Mr. Lewis with?  What was
12  the specific injury you believe he suffered?
13      A.   A patellar tendon rupture.
14      Q.   Am I correct that a patellar tendon
15  rupture could either be acute or chronic; is that
16  correct?
17      A.   A chronic patellar tendon rupture would
18  be incredibly rare.
19      Q.   Okay.
20      A.   It's almost exclusively acute.  It's
21  almost exclusively from an injury.  You may have
22  weakness or something on a patellar tendon, but
23  it's more likely your quadricepts tendon that may
24  predispose you to have injury, but it's almost
25  always an acute injury.

4:23-cv-01720-JD    Date Filed 07/07/25    Entry Number 53-2    Page 5 of 10

Nathaniel Evans, M.D.                                    July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 12

1    Q.   And it's my understanding that a
2    patellar tendon can tear or rupture when there is a
3    forceful indirect contraction of the quadricepts
4    tendon; is that correct?
5    A.   Sure, yeah.  Basically, if somebody's
6    knee bends really quickly, it can rupture the
7    patellar tendon.
8    Q.   And would a person who maybe
9    unexpectedly slips or their foot turns one way or
10   their knee turns another way, is that a common
11   cause of a ruptured patellar tendon?
12        MR. HOLT:  Objection, leading.
13        Go ahead, Doctor.
14   A.   Yes, that would be a common mechanism,
15   something where your knee bends quickly or
16   unexpectedly.  We will see it in, like, skiing
17   injuries or something like that, if somebody's ski
18   gets caught and the foot turns one way and the leg
19   goes the other way, that type of picture of why
20   your patellar tendon might rupture.
21   Q.   Would maybe an event like a missed
22   step, could that also be -- or could that also
23   cause a patellar tendon rupture?
24        MR. HOLT:  Same objection.
25   A.   Yeah.  So I think -- usually there

4:23-cv-01720-JD     Date Filed 07/07/25     Entry Number 53-2     Page 6 of 10
Nathaniel Evans, M.D.                          July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 13

1  might have to be something a little bit more to go
2  with it, so falling down.  Somebody just missing
3  the last step -- it would probably be as they are
4  falling that potentially their patellar tendon
5  ruptures, but just skipping over one step or
6  stumbling a little bit, maybe not as much.
7  BY MR. SANDEFUR:
8       Q.   Does the patellar tendon, for it to
9  tear or rupture, does it require a pretty
10 significant amount of --
11      A.   Yeah, and I think that's what I'm
12 indicating there is, that it would take a little --
13 a descent bit of force to cause it to rupture.
14      Q.   Based on what we just talked about,
15 about what would potentially cause a patellar
16 tendon to rupture and the history of present
17 illness given by Mr. Lewis, do you have an opinion
18 as to whether or not Mr. Lewis' patellar tendon was
19 an acute event?
20      A.   I think it was, yes.
21      Q.   Is hearing a pop when someone ruptures
22 their patellar tendon, is that pretty common?
23      A.   Yeah, I think people feel some sort of
24 sensation that something is torn or ruptured or
25 something is not quite right.

4:23-cv-01720-JD   Date Filed 07/07/25   Entry Number 53-2   Page 7 of 10

Nathaniel Evans, M.D.   July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 14

1    Q.  Is there anything that you see in
2  Mr. Lewis' records or based on your history or
3  training or education and your experiences, does
4  this seem to be a situation where Mr. Lewis'
5  patellar tendon just spontaneously gave out?
6    A.  No.
7    Q.  Would you expect a person with no
8  issues ambulating to suddenly have their patellar
9  tendon rupture or tear?
10        MR. HOLT:  Objection, misstates the
11  facts in evidence.
12        You may answer, Doctor.
13    A.  No.
14  BY MR. SANDEFUR:
15    Q.  And to -- or is it your opinion that
16  Mr. Lewis suffered an acute injury to his right
17  patellar tendon?
18    A.  Yes.
19    Q.  And is that opinion to a reasonable
20  degree of medical probability?
21    A.  Yes.
22    Q.  Can you tell us, in layman's terms,
23  what happens when an individual ruptures their
24  patellar tendon?
25    A.  Are you asking about how do we treat,

4:23-cv-01720-JD    Date Filed 07/07/25    Entry Number 53-2    Page 8 of 10

Nathaniel Evans, M.D.  
July 18, 2024  
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 15

1    or are you asking about the biomechanics of what
2    happens to the tendon?
3         Q.   The biomechanics.  What does that
4    tendon do?  How does that affect someone who has
5    ruptured their patellar tendon?
6              MR. HOLT:  I'll object.  He's not been
7    qualified as a biomechanics expert.
8              But you can go ahead and answer,
9    Doctor.
10        A.   Sure.  So the patellar tendon, if you
11   think of this as the knee [indicating], the tendon
12   comes in and inserts on the top of the tibia, or
13   shinbone basically, and that tendon, through its
14   attachment, helps elevate the lower leg, so
15   basically straighten out your knee.  So if that
16   connection is disconnected, if the tendon is
17   ruptured, you would be unable to straighten out
18   your knee; and so when sitting in a chair trying to
19   lift your foot off the ground, you'd be unable to
20   do that; or even walking, you would be unable to
21   swing your leg out straight to be able to extend it
22   to plant for your next step, so...
23   BY MR. SANDEFUR:
24        Q.   So I'm assuming that having a ruptured
25   tendon, would that interfere greatly with a

4:23-cv-01720-JD     Date Filed 07/07/25     Entry Number 53-2     Page 9 of 10
Nathaniel Evans, M.D.
July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 16

1   person's ability to --
2        A.   Yeah.  You wouldn't be able to walk.
3   You wouldn't be able to get up and down out of a
4   chair.  You wouldn't be able to do much of
5   anything.
6        Q.   Did you -- what was the diagnosis that
7   you gave Mr. Lewis after he came to see you in
8   October?
9        A.   Patellar tendon rupture.
10       Q.   And did you perform any medical
11  procedures on Mr. Lewis?
12       A.   Yeah.  We obtained an MRI to confirm
13  the diagnosis, but also scheduled him for surgery
14  for basically the repair of the patellar tendon
15  rupture.  Yeah.  We also were going to place him in
16  an external fixator, which is pins and bars to help
17  stabilize the knee.  For him, that's a little bit
18  of an unusual part of the case.
19            Usually we put somebody in a splint.
20  Mr. Lewis is a fairly large individual, so I was
21  concerned that, number one, we quite frankly
22  wouldn't have any braces that would fit him; and so
23  it would be hard to stabilize and protect that
24  repair, because you can basically reattach the
25  tendon back down to the bone, but then it needs

4:23-cv-01720-JD    Date Filed 07/07/25    Entry Number 53-2    Page 10 of 10
Nathaniel Evans , M.D.                                July 18, 2024
Lewis, Jonathan v. Circle K Stores, Inc., et al.

Page 38

1         A.    Based on this report, I mean, this is
2    basically the EMS or firefighter or paramedic --
3    whoever wrote this, this is their -- this is their
4    assessment of what the patient told them.  I have
5    no reason to doubt that.
6         Q.    And, Doctor, do you have any reason to
7    doubt that the pop Mr. Lewis heard preceded him
8    falling?
9         A.    I think -- I think it would be unusual
10   to have your knee just pop randomly and then fall
11   down.  Usually, your knee is going to be in a
12   position that is stressed, is seeing increased
13   stress on the knee.  Patellar tendons don't just
14   rupture spontaneously.  I'm not worried that as I'm
15   walking around today my patellar tendon is going to
16   pop.  That's usually not something that happens.
17             So I think the way it's recorded, that
18   somebody is having a fall or somebody is going
19   through an injury, the timing is so instantaneous
20   that it's hard for the patients, I think, to
21   determine the sequence of events going on, when
22   it's milliseconds that are separating them.
23        Q.    Have you heard of something called
24   forced extension against fixed flexion?
25        A.    Forced extension, yeah, I mean, like