AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Jonathan Lewis, | ) |
|     Plaintiff(s), | )   No. 4:23-cv-01720-JD |
| vs | ) |
| Circle K Stores Inc; John Doe, | ) |
|     Defendant(s). | ) |

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that  *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%,  along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Defendant, Circle K Stores Inc, and this case is dismissed with prejudice.

This action was  *(check one)*:
❐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge, who grants Defendant's Motion for Summary Judgment.

                                              Robin L. Blume
                                              CLERK OF COURT

                                    By: s/Leah Gibbons, Deputy Clerk

August 1, 2025