# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| **Jonathan Lewis,** | ) | Case No.:  4:23-cv-01720-JD |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF PLAINTIFF'S APPEAL** |
| **Circle K Stores, Inc., and John Doe,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Notice is hereby given that Plaintiff, Jonathan Lewis, in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order granting Defendant Circle K Stores, Inc.'s Motion for Summary Judgement, denying Plaintiff's Motion for Spoliation Sanctions, and denying Plaintiff's Motion to Exclude Defense Experts Dr. Jospeh Calandra and Brandon Wiggins entered in this action on the 1 day of August, 2025 (EFC No. 55).

**MORGAN & MORGAN, PA**

s/Joseph S. Sandefur
Joseph S. Sandefur, Esquire – Federal Bar # 10238
11915 Plaza Drive, Suite 301
Post Office Box 3530
Murrells Inlet, South Carolina 29576
Phone: (843) 973-5196   Fax: (843) 973-5221
jsandefur@forthepeople.com
ATTORNEYS FOR PLAINTIFF

August 13, 2025
Murrells Inlet, South Carolina