# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | | |
|---|---|---|
| **Jonathan Lewis,** | ) | Case No.:  4:23-cv-01720-JD |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | **CIRCLE K STORES, INC.'S** |
| | ) | **ITEMIZATION OF REQUESTED COSTS** |
| **Circle K Stores, Inc., and John Doe,** | ) | **IN SUPPORT OF BILL OF COSTS** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Defendant Circle K Stores, Inc. ("Circle K") submits its reply to its supplemental submits its itemization and supporting documentation for its Bill of Costs.

| Date | Category | Description | Amount |
|---|---|---|---|
| 4/27/23 | Fees of the Clerk | South Carolina District Court – removal filing fee | $402.00 |
| 6/12/24 | Fees for Printed or Electronically Recorded transcripts necessarily obtained for use in the case | Veritext – Deposition transcript of Joseph J. Calandra, MD | $455.20 |
| 8/5/24 | Fees for Printed or Electronically Recorded transcripts necessarily obtained for use in the case | Veritext – Deposition transcript of Dr. Nathaniel Evans | $330.35 |
| 9/18/23 | Fees and disbursements for printing | Horry County EMS Billing – Horry County Fire Rescue records | $25.00 |
| 10/3/23 | Fees and disbursements for printing | Sharecare Health Data Servies, LLC – Medical records from Ortho SC | $229.07 |
| 11/17/23 | Fees and disbursements for printing | Ciox Health – Medical records for Jonathan Lewis from Grand Strand Regional Medical | $215.07 |
| 1/8/24 | Fees and disbursements for printing | Nova Office Strategies- Printing of medical records | $79.39 |
| 10/10/24 | Fees and disbursements for printing | Ciox Health – Billing Records – Grand strand regional medical | $63.05 |
| 8/2/24 | Fees for witnesses | Deposition of Dr. J Evans Butler | $40.00 |
| 4/17/24 | Other costs | West Payment Center – Online Research | $36.63 |

| 6/12/14 | Other costs | Veritext – Deposition services – Michale Disano and Robert Lajuett | $379.50 |
| 6/21/24 | Other costs | Veritext – transcript services / logistics / processing – electronic fees | $61.55 |
| 8/6/24 | Other costs | FedEx shipping to OrthoSC, Myrtle Beach, SC on 8/6/24 | $33.10 |
| 8/26/24 | Other costs | Buffington Law Firm, LLC – mediation fees | $345.00 |

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Mary Cothonneau Eldridge
Ryan C. Holt, Fed. I.D. No. 10736
Mary Cothonneau Eldridge, Fed. I.D. No. 12540
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
(803) 256-2233

**ATTORNEYS FOR THE DEFENDANT**

Columbia, South Carolina
August 14, 2025