| | |
|---|---|
| **From:** | Sandra Tribble |
| **To:** | Ashley K. Brewer; Angela S. Wells |
| **Subject:** | FW: Pay.gov Payment Confirmation: SOUTH CAROLINA DISTRICT COURT |
| **Date:** | Wednesday, April 26, 2023 9:51:17 AM |

VISA $402

6125-14300
Removal


Sandy Tribble | Legal Assistant to
Ryan Holt and Marshall Crane
Sweeny, Wingate & Barrow, P.A.


1515 Lady St. (29201)
PO Box 12129
Columbia, SC 29211


T § 803-256-2233
F § 803-256-9177


Web | Email

This message may be confidential and protected by the attorney/client, attorney work product or other privileges. It is intended only for the use of the individual named above and the privileges are not waived by virtue of this having been sent by electronic mail. If the person actually receiving this electronic mail, or any other reader of such electronic mail, is not the intended recipient, any use, dissemination, distribution, or copying of the communication is strictly prohibited. If you received this message in error, please send a reply, delete the message immediately, and do not forward this message to any other person.


-----Original Message-----
From: do_not_reply@psc.uscourts.gov <do_not_reply@psc.uscourts.gov>
Sent: Wednesday, April 26, 2023 9:50 AM
To: Sandra Tribble <smt@swblaw.com>
Subject: Pay.gov Payment Confirmation: SOUTH CAROLINA DISTRICT COURT

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Diane Green at 803-253-3527.

  Account Number: 6742240
  Court: SOUTH CAROLINA DISTRICT COURT
  Amount: $402.00
  Tracking Id: ASCDC-11067984
  Approval Code: 06628G
  [REDACTED]
  Date/Time: 04/26/2023 09:50:08 ET

  Person Completing Transaction: Sandra Tribble
  Attorney Name: Ryan C. Holt
  Attorney Phone: 8032562233

NOTE: This is an automated message. Please do not reply



**Horry County EMS Billing**
2560 North Main Street Suite 1
Conway, SC 29526

Telephone: 843.915.5182

To:

SWEENY, WINGATE & BARROW, P.A.
P O BOX 12129
COLUMBIA SC 29211

Today's Date: 09/12/2023

| Description of Charges | Total Amount Due |
|---|---|
| Requested Medical Records | $25.00 |

| Patient: | Date of Service: | Reference: |
|---|---|---|
| JONATHAN LEWIS | 10/19/2022 | AC ID 246838 |

Please include the above reference number with your payment and mail to:
Horry County EMS Billing
2560 N. Main Street, Suite 1
Conway, South Carolina 29526

---

**South Carolina Code 44-115-80. Fees physician may charge for search and duplication of records**

(A) A physician, or other owner of medical records as provided for in Section 44-115-130, may charge a fee for the search and duplication of a paper or electronic medical record, but the fee may not exceed:

(2) Sixty-five cents per page for the first thirty printed pages and fifty cents per page for all other printed pages, plus a clerical fee not to exceed twenty-five dollars for searching and handling, which combined with the per page print costs may not exceed two hundred dollars per request, and to which may be added actual postage and applicable sales tax. The search and handling fee is permitted even though no medical record is found as a result of the search, except where the request is made by the patient.

# sharecare

| | |
|---|---|
| Invoice Number: | 21305517 |
| Date: | 9/22/2023 |
| Tax ID: | 90-0998358 |
| Pay Online: | payonline.hds.sharecare.com |

**Bill To:**

SWEENY WINGATE & BARROW PA
PO BOX 12129
COLUMBIA, SC 29211-2129

**Mail Check To:**

Sharecare Health Data Services, LLC
PO Box 208937
Dallas, TX 75320-8937

Due upon receipt

| Patient Name | Reference | Record Type | Pages |
|---|---|---|---|
| Jonathan Lewis | | Medical | 281 |

**Send Medical Records to:**
SWEENY WINGATE & BARROW PA PO BOX 12129  COLUMBIA, SC 29211-2129

**Provider:**
OrthoSC 210 Village Center Blvd, Suite 140 Myrtle Beach, SC 29579-6706

| Description | Quantity | Rate | Sub-Total |
|---|---|---|---|
| Pages 1-30 | 30.00 | $0.8000 | $24.00 |
| Pages 31-50000 | 251.00 | $0.6100 | $153.11 |
| Processing | 1.00 | $31.0200 | $31.02 |
| Certification/Affidavit | 1.00 | $0.0000 | $0.00 |
| Notary Quantity | 1.00 | $5.0000 | $5.00 |
| | | Sub-Total: | $213.13 |
| | | Delivery Fee: | $14.75 |
| | | Tax: | $1.19 |
| | | Payment/Credits: | $0.00 |
| | | Balance Due: | $229.07 |

**Use online payment portal for fastest service!**
**https://payonline.hds.sharecare.com/**

We accept VISA, MasterCard, American Express, and Discover.
We DO NOT accept Flex Health Spending cards

— — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

Please return the bottom section with your payment.

**Mail Check To:**

Sharecare Health Data Services, LLC
PO Box 208937
Dallas, TX 75320-8937

| | |
|---|---|
| Invoice Number: | 21305517 |
| Customer Number: | SW&BP-29211-2129 |
| Balance Due: | $229.07 |

Ciox Health  - PAYMENTS ONLY  
P.O. Box 409740  
Atlanta, Georgia 30384-9740  
Fed Tax ID 58 - 2659941  
1-800-367-1500

**Ciox HEALTH INVOICE**

Invoice #:    0434493666  
Date:         10/11/2023  
Customer #:   269476

| Ship to: |
|---|
| SWEENY WINGATE AND BARROW PA |
| SWEENY WINGATE AND BARROW PA |
| PO BOX 12129 |
| COLUMBIA,SC 29211-2129 |

| Bill to: |
|---|
| SWEENY WINGATE AND BARROW PA |
| SWEENY WINGATE AND BARROW PA |
| PO BOX 12129 |
| COLUMBIA,SC 29211-2129 |

| Records from: |
|---|
| GRAND STRAND REGIONAL MEDICAL |
| 809 82ND PKWY |
| MYRTLE BEACH,SC 29572-4607 |

Requested By:   SWEENY WINGATE AND BARROW PA     DOB :    12/07/1983  
Patient Name:   LEWIS JONATHAN

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 31.02 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 113 | 0.00 | 0.00 |
| Per Page Copy (Elect) 4 | 30 | 0.80 | 24.00 |
| Per Page Copy (Elect) 2 | 1 | 0.01 | 0.01 |
| Per Page Copy (Elect) 3 | 215 | 0.61 | 131.15 |
| Electronic Data Archive Fee | | | 2.00 |
| Certification Fee | | | 11.00 |
| Subtotal | | | 199.18 |
| Sales Tax | | | 15.89 |
| Invoice Total | | | 215.07 |
| Balance Due | | | 215.07 |

Terms: Net 30 days        Please remit this amount : $215.07(USD)

---------------------------✂--------------------------------------------------------------------------------

Ciox Health  - PAYMENTS ONLY  
P.O. Box 409740  
Atlanta, Georgia 30384-9740  
Fed Tax ID 58 - 2659941  
1-800-367-1500

Get future medical records as soon as they are processed, by signing up  for secure electronic delivery.  
Register at:  https://www.smartrequest.com/

| Invoice #:    0434493666 |
|---|
| Check #_____ |
| Payment Amount $_____ |

**Please return stub with payment.**  
Please include invoice number on check.  
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.  
Email questions to collections@cioxhealth.com.



# Invoice

| Date | Invoice # |
|---|---|
| 1/8/2024 | 4164785 |

| Bill To | Ship To |
|---|---|
| SWEENY, WINGATE & BARROW, P.A.<br>PO BOX 12129<br>COLUMBIA, SC 29211 | SWEENY, WINGATE & BARROW, P.A.<br>PO BOX 12129<br>COLUMBIA, SC 29211 |

| Job Number | Client Matter Number | Contact | Terms | Due Date | Due Time |
|---|---|---|---|---|---|
| C11735 | 6125-14300 | B. FUNDERBURK | Net 30 | 2/7/2024 | 01/08 |

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| BLOWBACKS - B/W 8.5 x 11 - 20LB | 735 | 0.10 | 73.50T |
| baf@swblaw.com (Brittany)<br>(803) 217-3441 | | | |

Remit Payment To:
NOVA Office Strategies, Inc.
129 W. Trade Street
Suite 1420
Charlotte, NC 28202

Contact Us at
Phone #  704.347.0055
Fax #  704.347.3421
www.novaoffice.net

| | |
|---|---|
| **Subtotal** | $73.50 |
| **Sales Tax (8.0%)** | $5.89 |
| **Total** | $79.39 |

Federal Tax ID#  56-2120639

Enter An Invoice Number:
Usage period: 03/01/2024 - 03/31/2024

**Law Firm**
SWEENY WINGATE & BARROW
COLUMBIA, SC 29201-3401

**Client**
**Client ID:14300**
Enter a Client Name:
Enter Address1:
Enter Address2:
City, State ZIP

*Online Research Charges through 03/31/2024*

| *Included Legal Research* | | *Standard Charge* | *Client Charge* |
|---|---|---|---|
| 3/1/2024 | Online Legal Research | 525.00 USD | 33.91 USD |
| | | Sub-total Included Charges | 33.91 USD |

| *Excluded Legal Research* | | | *Client Charge* |
|---|---|---|---|
| | | Sub-total Excluded Charges | 0.00 USD |
| | | Sub-total research Charges | 33.91 USD |
| | | Tax Charge | 2.71 USD |
| | | Total Client Charge | 36.63 USD |

**Veritext, LLC - Southeast Region**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Grace Brown<br>Sweeny Wingate & Barrow<br>1515 Lady Street<br>PO Box 12129<br>Columbia, SC, 29211 | **Invoice #:** | **7476959** |
|---|---|---|---|
| | | **Invoice Date:** | **6/10/2024** |
| | | **Balance Due:** | **$379.50** |

**Case: Lewis, Jonathan v. Circle K Stores, Inc. (423cv01720JD)**            **Proceeding Type: Depositions**

Job #: 6716259    |    Job Date: 6/4/2024    |    Delivery: Normal

Location:            Murrells Inlet, SC
Billing Atty:        Grace Brown
Scheduling Atty:     Joseph S. Sandefur | Morgan & Morgan

| **Witness: Michael Disano** | **Amount** |
|---|---:|
| Transcript Services | $176.90 |
| Logistics, Processing & Electronic Files | $28.00 |
| Smart Summary - Under 100 Transcript Pages | $49.00 |
| **Witness: Robert Frederick LaJuett** | **Amount** |
| Transcript Services | $97.60 |
| Logistics, Processing & Electronic Files | $28.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$379.50** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$379.50** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  7476959**
**Invoice Date:  6/10/2024**
**Balance Due:  $379.50**

68288

**Veritext, LLC - Southeast Region**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Holt<br>Sweeny Wingate & Barrow<br>1515 Lady Street<br>PO Box 12129<br>Columbia, SC, 29211 | | **Invoice #:** | **7476005** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **6/7/2024** |
| | | | **Balance Due:** | **$61.55** |

**Case: Lewis, Jonathan v. Circle K Stores, Inc. (423cv01720JD)**    **Proceeding Type: Depositions**

Job #: 6716160    |    Job Date: 5/24/2024    |    Delivery: Normal

Location:            Murrells Inlet, SC
Billing Atty:        Ryan Holt
Scheduling Atty:     Joseph S. Sandefur | Morgan & Morgan

| Witness: STATEMENT | Amount |
|---|---|
| Transcript Services | $33.55 |
| Logistics, Processing & Electronic Files | $28.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$61.55** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$61.55** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

Remit to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

Invoice #:   7476005
Invoice Date:   6/7/2024
Balance Due:   $61.55

68288

OrthoSC • 210 Village Center Blvd., MYRTLE BEACH SC 29579-6706

LEWIS, Jonathan R (id #131015, dob: ▮)

LEWIS, JONATHAN 12/07/83 #131015



* 6598065w17161   Admin



**Medical Records Invoice**
Federal Tax ID: 82-2962394

Date: **07/23/2024**

Attn: _____

We are in receipt of your request dated ___/___/___ for medical records for:

Patient Name: **JONATHAN LEWIS**   Account Number: **131015**   DOB: ▮

Charges for your request have been calculated and listed below:

| Code | TYPE OF SERVICE | FEE |
|---|---|---|
| DEPOS | Depositions | $ |
| TEL DEPOS | Phone Deposition/Conference | $ |
| 99080 | Questionnaires | $ |
|  |  | $ |
| 99080 | Medical Records/Forms | $ |
|  | Handling | $ 15.00 |
|  | Postage | $ |
|  | SUBTOTAL | $ |
| 99081 | Tax | $ |
|  | TOTAL DUE | $ |
|  | AMOUNT PAID | $ |

Check # _____, Cash, VISA, MC, AM Express

Remit to: OrthoSC, LLC
210 Village Center Blvd
Suite 200
Myrtle Beach, SC 29579

Erkan Alci, MD
Brian Blair, MD
Michael Bohan, MD
Sonia Brodeur-Lyons, OT
Justin Brothers, MD
Kimberly Bower, PA
J. Clark Butler, MD
Thomas Chambers, MD
Todd Cook, MD
Christopher Crosby, DPM
Maureen Dodson, OT
Nathaniel Evans, MD
David Everman, MD
Chris Feathers, MD
Shan Fu, PA
Christopher Gayton, MD
Chris Kearney, PA
Robert Leak, MD
David Lee, PA
Tasha Lee, NP
Kevin MacPherson, PA
Gene Massey, MD
James Merritt, MD
Edward Mikol, MD
William Mills, MD
Tim Montague-Smith, PA
Tyler Noble, DO
Alexander Pappas, MD
Stephen Parker, MD
Kimberly Purgavie, DO
Andrew Putman, MD
Peter Ramsey, MD
Todd Tupis, MD
Erin Watson, MD
Joshua Gore, MD
Max Gehrman, MD
Zachary Bailey, MD

Please note that there is an additional fee for certified or overnight delivery.
**If payment is not received within 7 days of the scheduled Deposition, Conference, or IME, we will be required to cancel with the possibility of rescheduling. We require 24 business hours notice of cancellations otherwise full payment of the Deposition or Conference will be processed by OrthoSC**

**Veritext, LLC - Southeast Region**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Grace Brown<br>Sweeny Wingate & Barrow<br>1515 Lady Street<br>PO Box 12129<br>Columbia, SC, 29211 | Invoice #: | 7603297 |
|---|---|---|---|
| | | Invoice Date: | 7/31/2024 |
| | | Balance Due: | $455.20 |

| Case: Lewis, Jonathan v. Circle K Stores, Inc., Et Al. (423cv01720JD) | Proceeding Type: Depositions |
|---|---|

Job #: 6801779   |   Job Date: 7/16/2024   |   Delivery: Normal

Location:             Charleston, SC
Billing Atty:         Grace Brown
Scheduling Atty:  Joseph S. Sandefur | Morgan & Morgan

| Witness: Joseph J. Calandra , MD | Amount |
|---|---|
| Transcript Services | $378.20 |
| Logistics, Processing & Electronic Files | $28.00 |
| Smart Summary - Under 100 Transcript Pages | $49.00 |

| Notes: | Invoice Total: | $455.20 |
|---|---|---|
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $455.20 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name:Veritext<br>Bank Name:BMO Harris Bank<br>Account No:4353454 ABA:071000288<br>Swift: HATRUS44 | Invoice #:  7603297<br>Invoice Date:  7/31/2024<br>Balance Due:  $455.20 |
|---|---|---|

Pay by Credit Card: www.veritext.com

68288



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-588-86008 | Aug 13, 2024 | [redacted] | 1 of 3 |

**Billing Address:**
SWEENY WINGATE & BARROW
ASHLEY BREWER
1515 LADY ST
COLUMBIA SC 29201-3401

**Shipping Address:**
SWEENY WINGATE & BARROW
1515 LADY ST
COLUMBIA SC 29201-3401

**Invoice Questions?**
**Contact FedEx Revenue Services**
Phone:      800.622.1147
            M-F 7 AM to 8 PM CST
            Sa  7 AM to 6 PM CST
Internet:   fedex.com

## Invoice Summary

**FedEx Express Services**

| Total Charges | USD | $133.97 |
|---|---|---|
| **TOTAL THIS INVOICE** | **USD** | **$133.97** |

You saved $12.34 in discounts this period!

Shipments included in this invoice received an earned discount. If you would like to know how it was calculated, please go to the following URL:
https://www.fedex.com/EarnedDiscounts/.
Other discounts may apply.
To pay your FedEx invoice, please go to www.fedex.com/payment. Thank you for using FedEx.

*Payments not received by Aug 28, 2024 are subject to a late fee.*

**Important Service Message:**

Regularly review your FedEx account activity for any suspicious transactions. Please visit https://www.fedex.com/en-us/report-fraud.html for tips on protecting your account and recognizing fraud.

Detailed descriptions of surcharges can be located at fedex.com

To ensure proper credit, please return this portion with your payment to FedEx. Please do not staple or fold. Please make check payable to FedEx.

| Invoice Number | Invoice Amount | Account Number |
|---|---|---|
| 8-588-86008 | USD $133.97 | [redacted] |

## Remittance Advice

**Your payment is due by Aug 28, 2024**
*Payments not received by this date are subject to a late fee.*

SWEENY WINGATE & BARROW
ASHLEY BREWER
1515 LADY ST
COLUMBIA SC 29201-3401

FedEx
P.O. Box 371461
Pittsburgh PA 15250-7461



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 8-588-86008 | Aug 13, 2024 | ▓▓▓▓▓▓▓ | 2 of 3 |

## FedEx Express Shipment Summary By Payor Type

**FedEx Express Shipments (Original)**

| Payor Type | Shipments | Rated Weight lbs | Transportation Charges | Special Handling Charges | Ret Chg/Tax Credits/Other | Discounts | Total Charges |
|---|---|---|---|---|---|---|---|
| Shipper | 4 | 1.0 | 123.38 | 22.93 | | -12.34 | 133.97 |
| **Total FedEx Express** | **4** | **1.0** | **$123.38** | **$22.93** | | **-$12.34** | **$133.97** |

| | | |
|---|---|---|
| **TOTAL THIS INVOICE** | **USD** | **$133.97** |

### FedEx® Billing Online

FedEx Billing Online allows you to efficiently manage and pay your FedEx invoices online. It's free, easy and secure. FedEx Billing Online helps you streamline your billing process. With all your FedEx shipping information available in one secure online location, you never have to worry about misplacing a paper invoice or sifting through reams of paper to find information for past shipments. Go to fedex.com to sign up today!



Ship Date: Aug 06, 2024    Cust. Ref: 6125-14300    Ref.#2:
Payor: Shipper    Ref.#3:

Fuel Surcharge - FedEx has applied a fuel surcharge of 16.50% to this shipment.
Distance Based Pricing, Zone 2
Package Delivered to Recipient Address - Release Authorized

| | | | | |
|---|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** | |
| Tracking ID | 777819866473 | Sara Reese | Jennifer Luckett | |
| Service Type | FedEx Standard Overnight | Sweeny, Wingate & Barrow | OrthoSC | |
| Package Type | FedEx Envelope | 1515 Lady Street | 210 Village Center Blvd | |
| Zone | 02 | COLUMBIA SC 29201 US | MYRTLE BEACH SC 29579 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Aug 07, 2024 12:44 | Transportation Charge | | 31.57 |
| Svc Area | A8 | Automation Bonus Discount | | -3.16 |
| Signed by | see above | Fuel Surcharge | | 4.69 |
| FedEx Use | 000000000/200/02 | **Total Charge** | **USD** | **$33.10** |

**BUFFINGTON LAW FIRM**
Legal and Mediation Services

**Buffington Law Firm, LLC**

Post Office Box 6
Pawleys Island, SC 29585
(843) 443-4019
www.bufflawfirm.com

# INVOICE

**BILL TO**
Holt and Sandefur

**INVOICE** 24.0503.172
**DATE** 08/26/2024

**RE:**
Lewis v Circle K Mediation

| DATE | TIMEKEEPER | HOURS | RATE | TOTAL |
|---|---|---|---|---|
| 08/23/2024 | Review pleadings, Premediation discussions with counsel, draft Mediation Agreement, email to counsel | 0.50 | 300.00 | 150.00 |
| 08/23/2024 | Conduct Mediation | 1.50 | 300.00 | 450.00 |
| 08/23/2024 | Draft Proof of ADR, Email court with Proof of ADR | 0.30 | 300.00 | 90.00 |
| | ***To be divided evenly between 2 parties; $345 each*** | | | |

Please make checks payable to Buffington Law Firm, LLC
EIN 84 5175402

**BALANCE DUE**     **$690.00\***
**($345/ea atty)**

I enjoyed working with you and look forward to next time.
Page 1 of 1

**Veritext, LLC - Southeast Region**
Tel. 800.743.3376 Email: billing-carolinas@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Ryan Holt<br>Sweeny Wingate & Barrow<br>1515 Lady Street<br>PO Box 12129<br>Columbia, SC, 29211 | | **Invoice #:** | **7675658** |
|---|---|---|---|---|
| | | | **Invoice Date:** | **8/29/2024** |
| | | | **Balance Due:** | **$330.35** |

**Case: Lewis, Jonathan v. Circle K Stores, Inc. (423cv01720JD)**     **Proceeding Type: Depositions**

Job #: 6801833   |   Job Date: 7/18/2024   |   Delivery: Normal

Location:            Myrtle Beach, SC
Billing Atty:        Ryan Holt
Scheduling Atty:  Joseph S. Sandefur | Morgan & Morgan

| **Witness: Nathaniel Evans , M.D.** | **Amount** |
|---|---|
| Transcript Services | $216.55 |
| Exhibits | $8.80 |
| Logistics, Processing & Electronic Files | $56.00 |
| Smart Summary - Under 100 Transcript Pages | $49.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$330.35** |
| **Payment:** | **$0.00** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$330.35** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

| Remit to:<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | Pay By ACH (Include invoice numbers):<br>A/C Name:Veritext<br>Bank Name:BMO Harris Bank<br>Account No:4353454 ABA:071000288<br>Swift: HATRUS44 | Invoice #:  7675658<br>Invoice Date:  8/29/2024<br>Balance Due:  $330.35 |
|---|---|---|

Pay by Credit Card: www.veritext.com

68288

| Ciox Health - PAYMENTS ONLY<br>P.O. Box 409740<br>Atlanta, Georgia 30384-9740<br>Fed Tax ID 58 - 2659941<br>1-800-367-1500 | **CiOX**<br>HEALTH<br>**INVOICE** | Invoice #: 0444910975<br>Date: 01/11/2024<br>Customer #: 269476 |
|---|---|---|

| Ship to: | Bill to: | Records from: |
|---|---|---|
| SARA B RESSE<br>SWEENY WINGATE AND BARROW PA<br>PO BOX 12129<br>COLUMBIA,SC 29211-2129 | SARA B RESSE<br>SWEENY WINGATE AND BARROW PA<br>PO BOX 12129<br>COLUMBIA,SC 29211-2129 | H C A OPK P A S - S C<br>335 CROSSING BLVD<br>ORANGE PARK,SC 32073 |

Requested By:     SWEENY WINGATE AND BARROW PA          DOB :          12/07/1983
Patient Name:     LEWIS JONATHAN

| Authorization Via: | | Date: | |
|---|---|---|---|
| Pre-Authorization By: | | Amount: | |
| Description | Quantity | Unit Price | Amount |
| Basic Fee | | | 31.02 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Elect) 1 | 18 | 0.80 | 14.40 |
| Electronic Data Archive Fee | | | 2.00 |
| Certification Fee | | | 11.00 |
| Subtotal | | | 58.42 |
| Sales Tax | | | 4.63 |
| Invoice Total | | | 63.05 |
| Balance Due | | | 63.05 |
| Terms: Net 30 days | Please remit this amount : $63.05(USD) | | |

-------------------------✂--------------------------------------------------------------------------------

Ciox Health - PAYMENTS ONLY
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Get future medical records as soon as they are processed,<br>by signing up for secure electronic delivery.<br>Register at: https://www.smartrequest.com/ | Invoice #:     0444910975<br><br>Check #_____<br><br>Payment Amount $_____ |
|---|---|

## Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.