FILED:  June 9, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1964
(4:23-cv-01720-JD)

_____

JONATHAN LEWIS

Plaintiff - Appellant

v.

CIRCLE K STORES INC.; JOHN DOE

Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 40 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Richardson, and Judge Heytens.

For the Court

/s/ Nwamaka Anowi, Clerk