FILED: June 17, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1964
(4:23-cv-01720-JD)

———————————

JONATHAN LEWIS

       Plaintiff - Appellant

v.

CIRCLE K STORES INC.; JOHN DOE

       Defendants - Appellees

———————————

M A N D A T E

———————————

The judgment of this court, entered May 13, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*