# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | | |
|---|---|---|
| Jonathan Lewis, | ) | Case No.:  4:23-cv-01720-JD |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION CONCERNING** |
| | ) | **MOTIONS IN LIMINE** |
| Circle K Stores, Inc., and John Doe, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff Jonathan Lewis and Defendant Circle K Stores, Inc., by and through their undersigned attorneys, hereby stipulate as follows concerning certain proposed pre-trial motions in limine:

**PLAINTIFF AGREES:**

2. He will not introduce any evidence, testimony, or argument concerning future medical expenses; and

3. He will not introduce any evidence, testimony, or argument concerning future loss of income/wages.

**DEFENDANT AGREES:**

1. It will not reference, comment, or imply it would have difficulty paying a large verdict, could be bankrupted by any amount of verdict, or infer it would be in any way financially impacted by a verdict for Plaintiff, except during the punitive phase, if any;

2. It will not present any evidence or testimony regarding settlement, settlement offers, and compromises;

3.     It will not use the words "greed/greedy" or similar language to describe Plaintiff or his attorneys or compare the lawsuit or a personal injury lawsuit to the "lottery," "powerball," "rolling the dice," or suggesting the case is "only about the money and nothing else," **but** it reserves the right to suggest Plaintiff is asking for too much;

4.     It will not make any comments or ask any questions regarding "all it takes to file a lawsuit";

5.     It will not present any documentary evidence not previously produced in discovery;

6.     It will not ask leading questions of its own clients, except pursuant to Rule 611(c), FRE, **but** it reserves the right to do so if the witness becomes hostile;

7.     It will not question Plaintiff or make any reference to a criminal charge for Contributing to the Delinquency of a Minor that was dismissed or to any other civil actions brought by or against Plaintiff.

Respectfully Submitted,

s/ Mary Cothonneau Eldridge
Ryan C. Holt, Fed. I.D. No. 10736
Mary Cothonneau Eldridge, Fed. I.D. No. 12540
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC  29211
Attorneys for Circle K. Stores, Inc.

s/ Joseph S. Sandefur
Joseph S. Sandefur, Esquire
Jonathan Graham, Esquire
Morgan & Morgan
1901 Main St, Suite 1200
Columbia, SC 29201
Attorney for Plaintiff