IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
HORRY DIVISION

CIVIL ACTION NO.: 4:23-CV-01720-JD

JONATHAN LEWIS,                    )     DEPOSITION OF
                                   )     BRYAN DURIG, PH.D, P.E.
        Plaintiff,                 )
                                   )
vs.                                )
                                   )
CIRCLE K STORES, INC., and         )
JOHN DOE,                          )
                                   )
        Defendants.                )
_____    )


     A deposition in the above-captioned matter was reported

by Jaime D. Newton, Court Reporter and Notary Public in and

for the State of South Carolina, in accordance with the

South Carolina Rules of Civil Procedure.  Said deposition

taken at the Law Offices of Sweeney, Wingate & Barrow,

P.A., 1515 Lady Street, Columbia, South Carolina on

Wednesday, May 1, 2024, commencing at 1:04 p.m.

BRYAN DURIG, PH.D., P.E.

Page 2

APPEARANCES:

REPRESENTING THE PLAINTIFF:

JOSEPH S. SANDEFUR, Esquire - APPEARED VIA ZOOM
Morgan & Morgan
11915 Plaza Drive, Suite 301
Murrells Inlet, South Carolina 29576
jsandefur@forthepeople.com

REPRESENTING THE DEFENDANT:

RYAN C. HOLT, Esquire
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, South Carolina 29211
rch@swblaw.com

BRYAN DURIG, PH.D., P.E.

look at the concrete on either side of where I'm testing, most of the surface concrete material has gone away and you have the underlying rocks that are in the concrete, but where it's painted, you don't have that roughness because it's kind of smoothed out. You do have some areas where it's rough. So it just depends on how much paint they put on and where they put it on.

**Q. So do you believe the unpainted surfaces on either side of the area you measured to have higher coefficient of friction than the painted surface?**

A. Yes, by far.

**Q. And as that painted surface wears away, the coefficient of friction is going to go up unless somebody's polishing it; right?**

A. Correct. It can go up because you get back down to the texture underneath it.

**Q. We took a little detour, which will happen from time to time. So you've given us your testimony list and I appreciate that. I won't mark that. How often do you update your federal testimony list?**

A. I've tried to get better. At least quarterly. I think I did it in January and I did it again in March. So I'll probably do it in June when I get back from vacation and get this back started.