IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

________________________________

JONATHAN LEWIS,
Plaintiff,
v. Case No. 4:23-cv-01720-JD
CIRCLE K STORES, INC.,
Defendant.

________________________________

VIDEOCONFERENCE DEPOSITION OF
BRANDON LIDE WIGGINS, P.E., CXLT

DATE: Wednesday, July 17, 2024
TIME: 2:17 p.m.
LOCATION: Remote Proceeding
Charleston, SC 29492
REPORTED BY: Ashley Manini
JOB NO.: 6801805

repainted. So, you know, there is an argument there, how relevant can the results be being that there was new -- new paint had been applied in between when the slip and -- and when -- when I was there, and also when Dr. Durig was there.

Q When you went out to your site inspection, did you know that the line had been repainted since Mr. Lewis's fall?

A Yes, I -- I did know that.

Q Is it --

A Well, I was told that, I think, maybe even at the site visit. I found out right about then.

Q Is it possible to get an accurate reading on a location where an alleged slip and fall happened on a painted stripe when that stripe has in fact been repainted?

A Well, it makes the results questionable because you're not testing the surface as it was at the time. So, yeah, I mean, it's -- so it's -- it's questionable what your results are. So it's tough -- it would -- it's -- it's tough to do that.

Q I mean, is it possible to do it? Can you do it?

A Oh, you can test it, sure. I mean, you can test anything you want, but you know, are the results

that a surface isn't ever the same as it was, you know, years later after something happened. But you know in this situation, there was a paint application that was made between the two, so, you know, it's not exactly the same as it was that day. And so you can look at a number, but again, it's not going to be directly applicable to the day it's --

Q Because that information is unreliable; right? Because the condition has been substantially changed?

MS. BROWN: Object to the form.

THE WITNESS: Yeah, the condition is different. You know, how different? And that's debatable. Right?

BY MR. SANDEFUR:

Q Are you going to debate that point at trial?

A No, I might -- you -- you read my opinion statement. My opinion statement is is that you don't have a measurement showing that the surface was slippery.

Q And one of the reasons we don't, or one of the reasons why we don't have that, is because we were unable to test the fall location as it occurred or as it existed at the time of the fall; correct?

A The -- there had been new paint applied is