**4:23-cv-01720-JD**
**Lewis v. Circle K Stores Inc et al**

The Honorable Joseph Dawson III

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH CAROLINA**

# NOTICE REGARDING JURY SELECTION AND TRIAL

**To provide for an orderly and expeditious disposition of the cases on the trial calendar, the following provisions and deadlines must be complied with:**

| | |
|---|---|
| **August 14, 2026** | **Motions in Limine** shall be filed unless a previously filed scheduling order provides for an earlier date. |
| **August 28, 2026** | **Written responses to Motions in Limine**, if any, shall be filed unless a previously filed scheduling order provides for an earlier date. |
| **September 04, 2026** | **Written replies to responses to Motions in Limine**, if any, shall be filed unless a previously filed scheduling order provides for an earlier date. |
| **September 11, 2026** | **Rule 26(a)(3) Pretrial Disclosures** shall be filed and exchanged unless a previously filed scheduling order provides for an earlier date. |
| **October 05, 2026** | **Pretrial Briefs** are due unless a previously filed scheduling order provides for an earlier date. Pretrial Briefs are expected to be e-mailed in **MS WORD format** to dawson_ecf@scd.uscourts.gov in accordance with Local Civil Rule 26.05 (D.S.C). |
| **October 05, 2026** | **Marked Exhibit Copies** are due to chambers. Attorneys must submit one bound and tabbed paper copies and one electronic copy of all marked exhibits to chambers. The electronic copy may be provided via email to dawson_ecf@scd.uscourts.gov. The electronic version should not include one PDF with all exhibits. Rather, each exhibit must appear as a separate file, labeled with its corresponding exhibit number.<br><br>**REMINDER:** As required by Local Civil Rule 26.07 (D.S.C), attorneys must meet **in person** at least seven (7) days prior to the deadline for submission of pretrial briefs for the purpose of exchanging and marking all exhibits, and, where possible, agree on the admissibility of all trial exhibits. In the event there is an objection to any exhibit, the attorneys must notify the court of such objection in the |

Pretrial Brief as required by Local Civil Rule 26.05(N) (D.S.C.). Otherwise, such objection will be deemed waived. Additionally, the exhibit list shall be furnished by each side to the Courtroom Clerk on the day of trial. All exhibits listed shall be deemed admitted for all purposes unless the court denies admission based on objections submitted to the court as set out above.

**October 05, 2026**

All **Requests to Charge, Requests for Voir Dire, and Proposed Verdict Forms** shall be submitted **JOINTLY** to the Court by email to dawson_ecf@scd.uscourts.gov **in MS WORD format.** Joint Requests for Voir Dire must include a **joint** list of witnesses along with their addresses as well as the occupation of each witness. **These documents shall not be filed.**

**October 06, 2026**

The list of jurors will be available in the CM/ECF. The Court will submit written interrogatories to the jury venire. **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

**October 06, 2026**

Copies of the responses to the written interrogatories submitted to the jury venire will be available for review in CM/ECF. Attorneys and parties are advised that they must file a “Juror Questionnaire & List Request” form in the appropriate case via CM/ECF using the Certification -Juror Questionnaire and List Request event, found under Other Filings -Trial Documents to obtain access to the questionnaires. You may obtain the form from the Jury Administrator at the Clerk’s Office or from the Court’s Internet site at https://www.scd/uscourts.gov.

**October 09, 2026**

All **Strikes for Cause** must be submitted **JOINTLY** by email to chambers at Dawson_ecf@scd.uscourts.gov and are to be filed with the Court in CM/ECF **no later than 12:00 pm** on the due date. To file Strikes for Cause, select Category, “Trial Documents,” and then select Event Code, “Request to Strike for Cause.” Judge Dawson's Joint Strikes for Cause form is located on the Court’s website under Forms—Jury. Please list all joint strikes as well as a list of strikes not agreed upon.

**October 21, 2026**
**9:30 a.m.**
**McMillan Federal Building**
**401 West Evans Street**
**Florence, SC 29501**

**Jury Selection.**

**October 27, 2026**
**9:00 a.m.**
**McMillan Federal Building**
**401 West Evans Street**
**Florence, SC 29501**

**Trial.**

Attorneys for each party shall, at least seven (7) days prior to the date for submission of pretrial briefs, meet for the purpose of exchanging and marking all exhibits to be used at trial, and, where possible, agree on the admissibility of all trial exhibits. In the event there is an objection to any exhibit, the attorneys must notify the Court of such objection at least two (2) days prior to trial. Otherwise, such objection will be deemed waived. The exhibit list shall be furnished by each side to the Courtroom Clerk on the day of trial. All exhibits listed shall be deemed admitted for all purposes unless the court denies admission based on objections submitted to the court as set out above.

**COUNSEL ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM IN TRIAL.** It is **YOUR** responsibility to contact the court clerk for information regarding use of the electronic courtroom **PRIOR TO TRIAL**.

**THE COURT MAY NOT CONSIDER ANY REQUESTS FOR CHARGE, REQUESTS FOR VOIR DIRE, OR ANY EXHIBITS FOR ADMISSION DURING TRIAL SUBMITTED AFTER THE ABOVE DATE.**

When a civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, then, except for good cause shown, all juror's costs, including marshal's fees, mileage, and per diem, may be assessed equally against the parties and their counsel or otherwise assessed as directed by the Court, unless the Clerk's Office is notified **at least one full business day prior to the date on which the action is scheduled for trial**. Notification to the Clerk's Office is necessary in order to notify jurors that their presence will not be required.

In accordance with the provisions of 28 U.S.C. § 636(c), you are hereby notified that the United States Magistrate Judges of the District Court, in addition to their other duties, may, upon consent of all parties in a civil case, and with the approval of the District Judge, conduct any or all proceedings, including a Jury or Non-Jury trial, and order the entry of a final judgment.

BY DIRECTION OF THE COURT
ROBIN BLUME, CLERK