**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **Circle K Stores, Inc., and John Doe,** <br><br> **Defendants.** | ) | **Case No.: 4:23-cv-01720-JD** <br><br> **PLAINTIFF'S RULE 26(a)(3) PRETRIAL DISCLOSURES** |

Pursuant to 26(a)(3) FRCP and Judge Dawson's Pre-trial Scheduling Order [EN 65], Plaintiff hereby submits his pretrial disclosures.

I. Names of witnesses expected to be presented by Plaintiff:

1. Jonathan Lewis
2. Dr. Bryan Durig
3. Nolan Albert Waples
4. Carmine Montaldano, III

II. Designations of witnesses whose testimony Plaintiff expects to present by deposition:

1. Dr. Nathaniel Evans

   3:24 – 12:11

   12:14 – 12:23

   12:25 – 15:05

   15:10 – 21:20

   22:07 – 23:01

23:04 – 26:13

27:04 – 28:22

28:25 – 30:19

2. Johnny Ray Lewis

5:17 – 7:19

8:09 – 9:21

10:4 – 11:17

12:05 – 13:04

13:09 – 14:15

15:17 – 16:03

16:18 – 18:19

19:03 – 19:23

III. Identification of documents Plaintiff expects to offer and may offer if the need arises:

1. Dr. Durig Photos DSC 6315, 6318, 6323, 6325, 6332, 6354, 6386, 6557, 6596
2. Wiggins Photos 0025, 0026, 0027, 0028, 0029, 0030, 0069
3. Jonathan Lewis Surgical Animation
4. Lewis 0001-0010
5. Nolan Albert Waples Deposition Exhibits 1, 2, 3, 4
6. OTIS Concentrate Cleaning Instructions
7. Photo After Surgery
8. SWB 000285 – 00304

9. Summary of medical specials claimed

10. Medical Bills from:

    a. Carolina Radiology Associates, LLC.

    b. Horry County Fire and Rescue

    c. McLeod Health Carolina Forest ER

    d. McLeod Health Seacoast Hospital

    e. Ortho SC

    f. Grand Strand Regional Medical Center

**MORGAN & MORGAN, PA**

*s/Joseph S. Sandefur*

Joseph S. Sandefur, Esq.
SC Bar No. 75310 Federal Bar No. 10238
11915 Plaza Drive, Suite 301
Murrells Inlet, South Carolina 29576
Phone: (843) 973-5196
Fax: (843) 973-5221
jsandefur@forthepeople.com
ATTORNEYS FOR PLAINTIFF

September 11, 2026
Murrells Inlet, South Carolina

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

s/Joseph S. Sandefur
Joseph S. Sandefur, Esq.