**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **Circle K Stores, Inc., and John Doe,** <br><br> **Defendants.** | ) | **Case No.: 4:23-cv-01720-JD** <br><br> **DEFENDANT CIRCLE K STORES, INC.'S PRETRIAL DISCLOSURES** |

Pursuant to the Court's Notice Regarding Jury Selection and Trial, *see* ECF No. 25, defendant Circle K Stores, Inc.'s submits the following Pre-Trial Disclosures:

Circle K expects to call the following **witnesses**:

1. Brandon Wiggins (will call)
2. Joseph Calandra, MD (will call)
3. Carmine Montaldano, III (will call)
4. Michael Disano (may call if the need arises)
5. Robert Walples (may call if the need arises)
6. Matthew Rockenstyre (may call if the need arises)

Circle K expects to call the following witnesses through **deposition designation**:

1. Clark Butler, MD
    - 4:4–5 (. . . you.")
    - 4:6 (". . . I'm here representing")–8
    - 4:24 – 6:12
    - 7:3 – 23
    - 8:12–9:9
    - 10:7 – 11:2
    - 11:11 – 14
    - 13:6 – 14:13
    - 14:18 – 16:19
    - 17:4 (". . . I'm going to say with") – 6
    - 18:18 – 19:6
    - 19:16 – 20 (". . . I would think.")

- 16:22 – 20:18
- 22:10 – 11
- 22:24 (". . . I think I did see him in 2020."
- 23:2 (". . . There is a 2020 note") – 3
- 23:6
- 23:20 – 25
- 24:11 – 25:16

2. Nathanial Evans, MD
    - 3:24 – 7:25
    - 8:1 (". . . He was seen") – 6
    - 10:6 – 15
    - 10:19 – 11:13
    - 12:1 – 7
    - 12:16 (". . . We will see it in, like, skiing") – 20
    - 17:18 – 19:2
    - 19:11 – 20
    - 30:24 ("Dr. Evans,")
    - 31:2 – 33:1
    - 33:3 (. . . do you know Dr. Clark Butler?") – 12
    - 34:7 (". . . So looking at Defendant's") – 25
    - 35:4 – 37:1
    - 37:4 (". . . I'm going to show you") – 6
    - 37:18 (". . . If you turn to the second page") – 19 ("of Exhibit 3. . .")
    - 37:19 (". . . it") – 38:5
    - 38:23 – 38:19
    - 40:15 – 41:13
    - 41:17 – 42:16
    - 42:23 ("And on Exhibit 5, Doctor,")
    - 43:1 (". . . there is a note") – 6
    - 43:9 ("Yes.")
    - 43:11 – 20
    - 44:24 – 45:9 ("And then finally . . .")
    - 45:10 (". . . I will show") – 11
    - 45:20 – 46:3
    - 46:24 – 47:2
    - 48:13 – 22
3. Carmine Montaldano, III[1]
    - 3:7 – 8 (". . . name. . .")
    - 3:9 ("Carmine" and "Montaldano")
    - 7:22 – 8:5
    - 10:2 – 11

[1] Circle K anticipates Mr. Montaldano, Mr. Disano, and Mr. Waples will present live testimony and is designating their testimony out of an abundance of caution.

- 15:16 – 16:2
- 16:24 – 17:2
- 21:24 (“. . . Mr. Waples, do you know”) – 24:2
- 24:8 – 18
- 25:18 – 26:15
- 26:24 – 27:8
- 27:13 – 29:19
- 30:18: - 19 (“Exhibit”)
- 30:24 – 31: 1 (“didn’t print the entire document.”)
- 38:14 (“And let’s flip to page 138.”)
- 30:9 (“. . . Use the wet”) – 40:15
- 44:22 – 45:11
- 45:16 – 47:4
- 47:19 – 24
- 48:2 – 5
- 48:20 – 49:3
- 49:9 – 12
- 55:3 (“. . . Would the safety cone ever”) – 56:4
- 56:11 – 20
- 87:6 – 7 (“video.”)
- 93:7 (“. . . this looks like Mr. Waples”)
- 93:8 (“?”)
- 93:9 – 94:18
- 95:10 – 14
- 95:15 (“. . . yes.”)
- 95:18 – 20
- 95:22
- 95:24 – 96:6
- 96:23 – 97:2
- 97:12 – 24
- 98: 2 (“Okay. All right.”)

4. Michael Disano
    - 5:12 (“. . . Can you tell me – let me get”) – 14
    - 7:9 – 11
    - 17:10 – 24
    - 31:14 – 25
    - 32:3
    - 32:5 – 11

Circle K expects present the following **exhibits**:

1. Store Video Footage of Incident
2. Grand Strand Regional Medical Records
3. OrthoSC Medical Records

4. Horry County Fire Rescue Records
5. Photographs taken by Bryan Durig
6. Bryan Durig Testing Results
7. Photographs taken by Brandon Wiggins
8. Brandon Wiggins file materials produced in discovery (may use as the need arises)

Trial preparation is ongoing and Circle K reserves the right to supplement or amend its pretrial disclosures to identify additional exhibits or witnesses before trial.

**Respectfully submitted,**

s/ Mary Cothonneau Eldridge
Ryan C. Holt, Fed. I.D. No. 10736
Mary C. Eldridge, Fed. I.D. No. 12540
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, SC 29201
rch@swblaw.com
mce@swblaw.com
**Attorneys for Defendants**