**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,** | ) | **Case No.: 4:23-cv-01720-JD** |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **MOTION TO WITHDRAW AS COUNSEL** |
| **Circle K Stores, Inc., and John Doe,** | ) | |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

**YOU WILL PLEASE TAKE NOTICE** the undersigned, as attorney for Defendant Circle K Stores, Inc., will move before this Court for an Order allowing Grace Gardner Brown (Rupert) to withdraw as counsel for Circle K Stores, Inc. as she is no longer employed with the law firm of Sweeny, Wingate and Barrow, P.A. Circle K Stores, Inc. will continue to be represented by Ryan C. Holt and Mary Cothonneau Eldridge of Sweeny, Wingate & Barrow, P.A.

WHEREFORE, Grace Gardner Brown (Rupert) respectfully requests that the Court enter an Order relieving her of any further representation obligation in this case, allowing her to withdraw as counsel for Defendant, and directing the Court to remove her from any lists of counsel of record associated with this case.

This 18th day of September, 2026,

[ *Signature Page to Follow* ]

Respectfully submitted,

**SWEENY, WINGATE & BARROW, P.A.**

s/Ryan C. Holt
Ryan C. Holt, Fed. I.D. No. 10736
Mary Cothonneau Eldridge, Fed. I.D. No. 12540
Sweeny, Wingate & Barrow, P.A.
Post Office Box 12129
Columbia, SC 29211
(803) 256-2233
**ATTORNEYS FOR DEFENDANT**

s/Grace Gardner Brown (Rupert)
Grace Gardner Brown (Rupert), Fed. I.D. No. 13592
Formerly of Sweeny, Wingate & Barrow, P.A.

Columbia, South Carolina

September 18, 2026