**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,** | ) | **Case No.: 4:23-cv-01720-JD** |
| **Plaintiff,** | ) | |
| **v.** | ) | **Motion in Support of *Pro Hac Vice* Application** |
| **Circle K Stores, Inc., and John Doe,** | ) | |
| **Defendants.** | ) | |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Grant R. Gillenwater be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and
2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and
3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and
4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.
5. Certification of Consultation (Local Civil Rule 7.02).

   ☒ Prior to filing this Motion, I conferred with opposing counsel who has indicated the following position as to this Motion: ☒will likely oppose; ☐does not intend to oppose.

   ☐ Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s): **There is no attorney of record for the Defendant yet.**

☐ No duty of consultation is required because the opposing party is proceeding pro se.

Morgan & Morgan, P.A
11915 Plaza Drive, Suite 301
Murrells Inlet, S.C. 29576
Telephone: (843) 973-5196
jsandefur@forthepeople.com

Joseph S. Sandefur, Esquire
/s/ Joseph S. Sandefur
Signature of Local Counsel
Local Counsel for Plaintiff,
Jonathan Lewis

District of South Carolina
Federal Bar Number: 10238