# Supreme Court of Florida

## Certificate of Good Standing

*I, JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

**GRANT REILLY GILLENWATER**

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* MARCH 15, 2013, *is presently in good standing, and that the private and professional character of the attorney appears to be good.*




*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this SEPTEMBER 14, 2026.*

*Clerk of the Supreme Court of Florida*