**Previous Pro Hac Vice Applications**
**GRANT R. GILLENWATER, ESQ.**

Horry County Court of Common Pleas, South Carolina
Adela Weiss v. Carolina Asphalt Maintenance, LLC
Case No.: 2022-CP-26-05470
Litigation Status: Settled before Trial
Applied for PHV: 08/29/2024
Application Status: Granted
Local Counsel: Joseph Sandefur, Esq. Morgan & Morgan

York County Court of Common Pleas, South Carolina
Connie Chapman v. Choice Hotels International, Inc et al.
Case No.: 2022-CP-46-03257
Litigation Status: Trial, Appeal
Applied for PHV: 02/05/2025
Application Status: Granted
Local Counsel: Joseph Sandefur, Esq. Morgan & Morgan

Dorchester County Court of Common Pleas, South Carolina
Michael Edward Greco v. Dennis Patrick Cahalan
Case No.: 2024-CP-18-00196
Litigation Status: Settled before Trial
Applied for PHV: 06/16/2025
Application Status: Granted
Local Counsel: Jonathan Graham, Esq. Morgan & Morgan