**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,** <br><br> **Plaintiff,** <br><br> **v.** <br><br> **Circle K Stores, Inc., and John Doe,** <br><br> **Defendants.** | ) | **Case No.: 4:23-cv-01720-JD** <br><br> **Motion for Leave to Withdraw Pending Application for Admission *Pro Hac Vice*** |

**MOTION FOR LEAVE TO WITHDRAW PENDING APPLICATION FOR ADMISSION PRO HAC VICE**

Pursuant to the Local Civil Rules of the United States District Court for the District of South Carolina, Counsel Joseph S. Sandefur, Esq., on behalf of Plaintiff Jonathan Lewis respectfully moves this Court for leave to withdraw the pending Application for Admission Pro Hac Vice of Grant R. Gillenwater, Esq. [ECF 76].

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting this Motion and permitting the withdrawal of the pending Application for Admission Pro Hac Vice of Grant R. Gillenwater without prejudice.

Dated: September 23, 2026
Respectfully submitted,

**MORGAN & MORGAN, PA**

s/Joseph S. Sandefur
Joseph S. Sandefur, Esquire – Federal Bar # 10238
11915 Plaza Drive, Suite 301
Murrells Inlet, South Carolina 29576
Phone: (843) 973-5196
Fax: (843) 973-5221
jsandefur@forthepeople.com
ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2026, a copy of the foregoing Motion was filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered to receive electronic service in this matter.

s/Joseph S. Sandefur
Joseph S. Sandefur, Esq
Federal Bar # 10238