**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Circle K Stores, Inc., and John Doe,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 4:23-cv-01720-JD**<br><br>**Plaintiff's Additional Deposition Designations Pursuant to Rule 26(a)(3)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii), Plaintiff Jonathan Lewis hereby submits his Additional (Rebuttal) Deposition Designations for witnesses whose testimony may be presented at trial via deposition. These additional designations are offered in response to, and to provide context for, the counter-designations served by Defendant Circle K Inc. on September 11, 2026 [ECF 72].

Plaintiff's counter designations of witnesses whose testimony Plaintiff expects to present by deposition:

1. Dr. Nathanial Evans
    - 38:06 - 38-22
    - 47:08 - 47:11
    - 47:14 - 47:17
    - 47:19 - 48:08

2. Dr. Clark Butler

- 24:01 - 24:08
- 25:17 - 26:06

**MORGAN & MORGAN, PA**

*s/Joseph S. Sandefur*
Joseph S. Sandefur, Esq.
SC Bar No. 75310 Federal Bar No. 10238
11915 Plaza Drive, Suite 301
Murrells Inlet, South Carolina 29576
Phone: (843) 973-5196
Fax: (843) 973-5221
jsandefur@forthepeople.com
ATTORNEYS FOR PLAINTIFF

September 23, 2026
Murrells Inlet, South Carolina

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

s/Joseph S. Sandefur
Joseph S. Sandefur, Esq.