**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| **Jonathan Lewis,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**Circle K Stores, Inc., and John Doe,**<br><br>**Defendants.** | **Case No.: 4:23-cv-01720-JD**<br><br>**DEFENDANT CIRCLE K STORES, INC.'S OBJECTIONS TO PLAINTIFF'S PRE-TRIAL DISCLOSURES AND DEFENDANT'S COUNTERDESIGNATIONS** |

Defendant Circle K Stores, Inc.'s submits the following Objections to Plaintiff Jonathan Lewis' Pre-Trial Disclosures and Defendant's Counterdesignations:

**1. Objections to <u>Exhibits</u>**

| Exhibit Number | Exhibit Description | Grounds for Objection |
|---|---|---|
| 3 | Jonathan Lewis Surgical Animation | FRE 107(a) and 403 (prejudice) |
| 4 | Lewis 0001 – 0005 | FRE 401 (relevance), 403 (prejudice, confusion, etc.) |
| 5 | Nolan Albert Waples Deposition Exhibit No. 1 | Lack of foundation |
| 9 | Summary of Medical Specials Claimed | FRE 1006 (though no objection to the extent the underlying bills are admitted) |
| 10 | Medical Bills | FRE 901 (authentication) |

**2. Objections to <u>Deposition Designations</u>**

| Deponent | Designation | Grounds for Objection |
|---|---|---|
| Nathaniel Evans | 12:8 – 16 | Leading |
| Nathaniel Evans | 12:21 – 13:6 | Leading |
| Nathaniel Evans | 14:10 – 12 | **Defendant **<u>withdraws</u>** its objection** |
| Nathaniel Evans | 15:6 – 9 | **Defendant **<u>withdraws</u>** its objection** |
| Nathaniel Evans | 20:5 – 21:20 | No objection to testimony but object to Surgical Animation for the reasons noted above |
| Nathaniel Evans | 22:24 – 23:19 | Speculative, relevance |
| Nathaniel Evans | 28:20 – 29:19 | Leading |

| | | |
|---|---|---|
| Nathanial Evans | 31:5 – 33:1 | **Defendant **withdrawing** its designation of this testimony** |
| Johnny Ray Lewis | 6:15 – 7:19 | Relevance |
| Johnny Ray Lewis | 8:9 – 24 | Relevance |
| Johnny Ray Lewis | 12:24 – 13:4 | Hearsay |
| Johnny Ray Lewis | 13:17 – 14:15 | Relevance, beyond the scope of deponent's knowledge |
| Johnny Ray Lewis | 15:16 – 16:3 | Relevance, beyond the scope of deponent's knowledge |
| Johnny Ray Lewis | 16:18 – 18:19 | Relevance, beyond the scope of deponent's knowledge |

**3. Counterdesignations**

Defendant counterdesignates 14:16 – 18 and 16:9 – 11 of **Johnny Ray Lewis'** deposition **only if** the Court overrules Defendant's objections to 13:17 – 14:15 and 15:16 – 16:3.

Trial preparation is ongoing and Circle K reserves the right to supplement or amend its objections before trial.

**Respectfully submitted,**

s/ Mary Cothonneau Eldridge
Ryan C. Holt, Fed. I.D. No. 10736
Mary C. Eldridge, Fed. I.D. No. 12540
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, SC 29201
rch@swblaw.com
mce@swblaw.com
**Attorneys for Defendants**