**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,** | ) | **Case No.: 4:23-cv-01720-JD** |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **PLAINTIFF'S OBJECTIONS TO** |
| | ) | **DEFENDANT CIRCLE K STORES, INC.'S** |
| **Circle K Stores, Inc., and John Doe,** | ) | **PRE-TRIAL DISCLOSURES** |
| | ) | |
| | ) | |
| **Defendants.** | ) | |

Plaintiff Jonathan Lewis submits the following objections to Defendant Circle K Stores, Inc.'s Pre-Trial Disclosures. Plaintiff objects to the admissibility of the following exhibits identified by Defendant Circle K Stores, Inc. pursuant to Rules 801, 802, 805 (hearsay) and 901 (authentication) FRE:

1. Grand Strand Medical Center Medical Records
2. Ortho SC Medical Records
3. Horry County Fire Rescue Records
4. Any other medical records of Plaintiff not directly identified.

**MORGAN & MORGAN, PA**

*s/Joseph S. Sandefur*
Joseph S. Sandefur, Esq.
SC Bar No. 75310 Federal Bar No. 10238
11915 Plaza Drive, Suite 301
Murrells Inlet, South Carolina 29576
Phone: (843) 973-5196
Fax: (843) 973-5221
jsandefur@forthepeople.com
ATTORNEYS FOR PLAINTIFF

September 25, 2026
Murrells Inlet, South Carolina

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25rd day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

s/Joseph S. Sandefur
Joseph S. Sandefur, Esq.