**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Circle K Stores, Inc., and John Doe,**<br><br>**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No.: 4:23-cv-01720-JD**<br><br>**Plaintiff's Supplemental Deposition Designations Pursuant to Rule 26(a)(3)** |

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A)(ii), Plaintiff Jonathan Lewis hereby submits his Supplemental Deposition Designations for witnesses who reside out of state. This supplemental designation is offered without objection.

Plaintiff's designation of witness Albert Nolan Waples is as follows:

3. Nolan Albert Waples

- 03:05 - 03:10
- 11:19 - 11:22
- 12:21 - 13:10
- 13:21 - 13:22
- 14:03 - 14:04
- 14:08 - 14:09
- 14:15 - 14:20
- 15:07 - 15:23
- 29:10 - 32:18

- 33:07 - 35:05
- 35:16 - 36:05
- 38:14 - 39:05
- 39:09 – 39:13
- 40:08 - 14:01
- 41:03 - 41:07
- 42:09 - 42:10
- 50:18 - 51:15
- 51:22 - 52:09
- 54:02 - 56:05
- 56:08 - 56:20
- 56:25 - 57:23
- 58:20 - 59:08
- 59:10 - 63:13
- 64:02 - 64:16
- 65:08 - 66:19
- 66:25 - 68:18
- 68:24 - 69:17
- 72:07 - 72:14
- 72:23 - 75:16
- 78:23 - 78:25
- 80:13 - 80:20
- 85:16 - 87:21

- 88:06 - 90:04
- 90:21 - 92:13
- 92:17 - 93:09
- 94:10 - 94:14
- 94:16 - 94:16
- 94:18 - 95:20
- 99:02 - 99:05
- 100:11 - 101:02

**MORGAN & MORGAN, PA**

*s/Joseph S. Sandefur*
Joseph S. Sandefur, Esq.
SC Bar No. 75310 Federal Bar No. 10238
11915 Plaza Drive, Suite 301
Murrells Inlet, South Carolina 29576
Phone: (843) 973-5196
Fax: (843) 973-5221
jsandefur@forthepeople.com
ATTORNEYS FOR PLAINTIFF

September 28, 2026
Murrells Inlet, South Carolina

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice to all counsel of record.

s/Joseph S. Sandefur
Joseph S. Sandefur, Esq.