**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| **Jonathan Lewis,** <br><br> **Plaintiffs,** <br><br> **v.** <br><br> **Circle K Stores, Inc., and John Doe,** <br><br> **Defendants.** | ) | **Case No.: 4:23-cv-01720-JD** <br><br> **DEFENDANT CIRCLE K STORES, INC.'S ADDITIONAL DEPOSITION DESIGNATIONS AND OBJECTIONS TO PLAINTIFF'S DESIGNATIONS** |

Circle K herein identifies the following **additional deposition designations** for the deposition of Matthew Rockenstyre:

- 4:4 ("Good morning, Mr. Rockenstyre.")
- 6:10 – 11
- 9:16 – 17
- 9:21 – 10:25
- 11:17 – 12:5
- 12:13 – 14:15
- 14:24 – 15:5

Circle K also **counterdesignates** the following portions of the deposition of Nolan Waples:

- 14:21 – 24
- 32:20 – 23
- 33:3 – 6
- 35:6
- 35:10 – 15
- 37: 16 – 20
- 41:8 – 10
- 51:17 – 21
- 57:24 – 25
- 68:19
- 69:18 – 19
- 69:23 ("I mean, there was several people") – 25
- 70:2 – 3
- 70:5 – 12

- 101:22 – 102:21

Circle K also **objects** to the following designations for the deposition of Nolan Waples:

- 32:1 – 17 – Reptile questioning
- 42:9 – 12 (and all questioning concerning Exhibit 3) – Deponent testified that he did not recognize the exhibit
- 51:4 – Defendant ***withdraws*** its objection and therefore objects to the inclusion of line 51
- 54:1 – 23 – Deponent testified that he did not recognize the referenced exhibit
- 55:2 – 5 – Deponent testified that he did not recognize the referenced exhibit
- 55:9 – 24 – Deponent testified that he did not recognize the referenced exhibit
- 56:4 – 5 – Calls for speculation
- 57:1 – 16 – Deponent testified that he did not recognize the referenced exhibit
- 58:20 – 59:2 – Deponent testified that he did not recognize the referenced exhibit
- 59:7 – 20 – Calls for speculation; Deponent did not draft the policy
- 59:24 – 60:13 – Deponent testified that he did not recognize the referenced exhibit
- 61:19 – 22 – Beyond the scope of Deponent's knowledge/testimony
- 62:1 – 63: 13 – Deponent testified that he did not recognize the referenced exhibit; also calls for speculation
- 64: 2 – 16 – Beyond the scope of Deponent's testimony
- 65:8 – 66:16 – Deponent testified that he did not recognize the referenced exhibit
- 66:17 – 67: 8 – Hearsay
- 67:16 – 68:9 – Hearsay
- 69:24 – 69:7 – Hearsay
- 72:7 – 14 – Witness testified he did not know
- 73:23 – 75:16 – Hearsay 92:7 – 17 – Invades the province of the jury; for jury to determine what it "looks like"
- 94:22 – 95:20 – Speculation
- 99:2 – 5 – Ambiguous; speculation
- 100:11 – 101:2 – Ambiguous
- 102:13 – 21 – Deponent testified that he did not recognize the referenced exhibit

**Respectfully submitted,**

s/ Mary Cothonneau Eldridge
Ryan C. Holt, Fed. I.D. No. 10736
Mary C. Eldridge, Fed. I.D. No. 12540
Sweeny, Wingate & Barrow, P.A.
1515 Lady Street
Columbia, SC 29201
rch@swblaw.com
mce@swblaw.com
**Attorneys for Defendants**