IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Jonathan Lewis, | ) | Civil Action No.: 4:23-cv-01720-JD |
| | ) | |
| Plaintiff, | ) | |
| | ) | PLAINTIFF'S STATEMENT OF CLAIM AGAINST JOHN DOE |
| v. | ) | |
| | ) | |
| Circle K Stores, Inc. and John Doe | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

Plaintiff is not pursuing a claim against Defendant John Doe and consents to Defendant John Doe being dismissed without prejudice from this action.

Respectfully submitted,

MORGAN & MORGAN, PA
s/Joseph S. Sandefur
Joseph S. Sandefur, Esquire – Federal Bar # 10238
11915 Plaza Drive, Suite 301
Murrells Inlet, South Carolina 29576
Phone: (843) 973-5196 Fax: (843) 973-5221
jsandefur@forthepeople.com
ATTORNEYS FOR PLAINTIFF

October 20, 2026