AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Jonathan Lewis<br>*Plaintiff*<br>v.<br>Circle K Stores, Inc.<br>*Defendant* | ) ) ) ) ) | Case No. 4:23-cv-01720-JD |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

for Plaintiff Jonathan Lewis. .

Date: 10/21/2026

/s/ Martin Stark
*Attorney's signature*

Martin Stark Fed Bar No.6717
*Printed name and bar number*

Morgan & Morgan, P.A.
11915 Plaza Drive Suite 301
Murrells Inlet, SC 29576
*Address*

mstark@forthepeople.com
*E-mail address*

(843) 973-5194
*Telephone number*

(843) 973-5219
*FAX number*